**Fill in this information to identify the case:**

Debtor name: Park Monroe Housing Development Fund Corporation

United States Bankruptcy Court for the: Eastern District of NY
(State)

Case number (If known): 19-40820 (CEC)

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | NYC Dept. of Finance<br>100 Gold Street<br>New York, NY 10038 | | Taxes | | | | $314,724.35 |
| 2 | NYC Water Board<br>PO Box 11863<br>Newark, NJ 07101-8163 | (718) 595-7000 | Trade debt | | | | $247,315.75 |
| 3 | NEBHDCo-Payroll<br>132 Ralph Ave.<br>Brooklyn, NY 11233 | 718 453-9490 | Contract arrears | | | | $114,025.65 |
| 4 | J. Alam Home Improvement, Inc.<br>230 Ocean Parkway, Apt D8<br>Brooklyn, NY 11218 | Mohammed Alam<br>(718) 756-1800 | Trade debt | | | | $86,800.00 |
| 5 | NYC Department of Finance<br>100 Gold Street<br>New York, NY 10038 | | Taxes | | | | $80,744.58 |
| 6 | NYC Department of Finance<br>100 Gold Street<br>New York, NY 10038 | | Taxes | | | | $22,413.58 |
| 7 | NEBHDCo<br>132 Ralph Ave.<br>Brooklyn, NY 11233 | 718 453-9490 | Contract arrears | | | | $22,299.72 |
| 8 | S.D.L. Appliance Repair Service<br>727 Schenck Avenue<br>Brooklyn, NY 11207 | (718) 927-1849 | Trade debt | | | | $13,147.99 |

Debtor   Park Monroe Housing Development Fund Corporation    Case number *(if known)* 19-40820 (CEC)
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Advantage Wholesale Supply<br>172 Empire Boulevard<br>Brooklyn, NY 11225 | Isaac<br>(718) 284-5346 | Trade debt | | | | $12,705.53 |
| 10  National Grid<br>PO Box 11741<br>Newark, NJ 07101-4741 | (718) 643-4050 | Trade debt | | | | $9,377.59 |
| 11  NYC Commissioner of Finance<br>P.O. Box 2307<br>New York, NY 10272 | | Trade debt | | | | $9,376.22 |
| 12  Enviro-Test, Inc.<br>77 Broadway - Suite 1<br>Amityville, NY 11701 | (631) 521-7743 | Trade debt | | | | $6,230.00 |
| 13  Cannon Heyman & Weiss LLP<br>726 Exchange Street, Suite 516<br>Buffalo, NY 14210 | (716) 856-1700 | Trade debt | | | | $5,555.31 |
| 14  Always Avalable Mechanical<br>2633 Coney Island Avenue<br>Brooklyn, NY 11223 | | Trade debt | | | | $4,200.00 |
| 15  J-P Design, Inc.<br>235A West 135th Street<br>New York, NY 10030 | (212) 694-6585 | Trade debt | | | | $4,025.00 |
| 16  Borinquen Exterminating Company Inc.<br>435 Ft. Washington Ave. Suite 2H<br>New York, NY 10033 | (212) 927-5044 | Trade debt | | | | $3,714.34 |
| 17  ConEdison<br>JAF Station<br>P.O. Box 138<br>New York, NY 102766-0138 | (800) 758-2481 | Trade debt | | | | $2,755.75 |
| 18  Expo Development Corp.<br>727 Beck Street<br>Bronx, NY 10455 | (718) 328-0300 | Trade debt | | | | $2,691.00 |
| 19  Falcon Power Installers<br>953 E. 85th Street<br>Brooklyn, NY 11236 | (954) 305-3448 | Trade debt | | | | $2,431.72 |
| 20  Leema Plumbing & Heating<br>2361 Maclay Ave.<br>Bronx, NY 10462 | (718) 726-019 | Trade debt | | | | $2,174.00 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2