**Fill in this information to identify the case:**

Debtor name    Park Monroe Housing Development Fund Corporation

United States Bankruptcy Court for the: Eastern     District of   NY
                                                                (State)

Case number (If known):   19-40820 (CEC)

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Bank of America | Checking | 7  5  2  2 | $ 3,177.00 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. Merrill Lynch - Operating Reserves | $ 56,155.23 |
| 4.2. Merrill Lynch - Replacement Reserves | $ 33,069.00 |

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 92,401.93

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1. Bank of America - Tenant Security Deposits | $ 41,787.00 |
| 7.2. Consolidated Edison - Utilities Deposit | $ 1,700.00 |

| Debtor | Park Monroe Housing Development Fund Corporation | Case number (*if known*) 19-40820 (CEC) |
|---|---|---|
| | Name | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Prepaid Insurance Expense                                                                 $                 19,230.72

8.2. Prepaid Rent                                                                                     $                      950.00

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                              $                 63,667.72

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | | | | Current value of debtor's interest |
|---|---|---|---|---|

11. **Accounts receivable**

11a. 90 days old or less:    $210,875.89    _  0.00    = ........ ➔    $            210,875.89
face amount    doubtful or uncollectible accounts

11b. Over 90 days old:    $196,772.77    _  $171,786.00    = ........ ➔    $            24,986.77
face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $            235,862.66

## Part 4:    Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $ _____

14.2. _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1._____    _____%    _____    $ _____

15.2._____    _____%    _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $ _____

16.2._____    _____    $ _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ _____

Debtor    **Park Monroe Housing Development Fund Corporation**
Name

Case number *(if known)* 19-40820 (CEC)

---

| **Part 5:** | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $ | | $ |
| 20. **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor    Park Monroe Housing Development Fund Corporation        Case number (if known) 19-40820 (CEC)
_____
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Park Monroe Housing Development Fund Corporation
          Name

Case number (if known) 19-40820 (CEC)

---

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor      Park Monroe Housing Development Fund Corporation                                    Case number *(if known)* 19-40820 (CEC)
             Name

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 1350 Park Place, Brooklyn, NY | _____ | $_____ | Insurance | $_____ 4,800,000 |
| 55.2 477 Saratoga Ave., Brooklyn, NY | _____ | $_____ | Insurance | $_____ 2,520,000 |
| 55.3 180 Grafton Street, Brooklyn, NY | _____ | $_____ | Insurance | $_____ 3,440,000 |
| 55.4 257 Mother Gaston Blvd., Brooklyn, NY | _____ | $_____ | Insurance | $_____ 2,900,000 |
| 55.5 249-251 Mother Gaston Blvd., Brooklyn, NY | _____ | $_____ | Insurance | $_____ 3,200,000 |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____ 16,860,000

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

| Debtor | Park Monroe Housing Development Fund Corporation | Case number (if known) | 19-40820 (CEC) |
|---|---|---|---|
| | Name | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____ _____ – _____ = ➔  $ _____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  $ _____
_____  Tax year _____  $ _____
_____  Tax year _____  $ _____

73. **Interests in insurance policies or annuities**

_____

$ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____

$ _____

Nature of claim    _____

Amount requested   $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____

$ _____

Nature of claim    _____

Amount requested   $ _____

76. **Trusts, equitable or future interests in property**

_____

$ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____

$ _____

_____

$ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    **Park Monroe Housing Development Fund Corporation**
         Name

Case number *(if known)* 19-40820 (CEC)

| **Part 12:** | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 92,401.93 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 63,667.72 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 235,862.66 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................................... ➔ | | $ 16,860,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................. 91a. | $ 391,932.31 | + 91b. $ 16,860,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................................... $ 17,251,932.31

**Fill in this information to identify the case:**

Debtor name   Park Monroe Housing Development Fund Corporation

United States Bankruptcy Court for the:   Eastern _____ District of   NY
                                                   (State)

Case number (If known):   19-40820 (CEC)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
| --- | --- | --- | --- |
| The City of New York | See attached. | $ 576,941.51 | $ 10,760,000.00 |

Creditor's mailing address

100 Gold Street, Room 5-W2
New York, NY 10038

**Describe the lien**   Mortgage loan

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred   2/26/15

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
| --- | --- | --- | --- |
| The City of New York | See attached. | $ 434,255.68 | $ 13,660,000.00 |

Creditor's mailing address

100 Gold Street, Room 5-W2
New York, NY 10038

**Describe the lien**   Mortgage loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred   2/26/15

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $ 6,123,579.09

| Debtor | Park Monroe Housing Development Fund Corporation | Case number (*if known*) 19-40820 (CEC) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**

The City of New York

**Creditor's mailing address**

100 Gold Street, Room 5-W2
New York, NY 10038

**Creditor's email address, if known**

**Date debt was incurred** 2/26/15

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**

See attached.

$ 410,958.90    $ 16,800,000.00

**Describe the lien** Mortgage loan

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Creditor's name**

The City of New York

**Creditor's mailing address**

100 Gold Street, Room 5-W2
New York, NY 10038

**Creditor's email address, if known**

**Date debt was incurred** 2/26/15

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**

See attached.

$ 4,701,423.00    $ 16,800,000.00

**Describe the lien** Mortgage loan

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Park Monroe Housing Development Fund Corporation
Chapter 11 Case No. 19-40820 (CEC)

## ATTACHMENT TO SCHEDULE D

**Part 2: List Creditors Who Have Secured Claims**
Describe debtor's property that is subject to a lien: Five residential buildings

| Mortgage | Block | Lot | Address |
|---|---|---|---|
| $576,941.51 | 3493 | 5 | 477 Saratoga Ave., Brooklyn, New York |
| | 1372 | 20 | 1350 Park Place, Brooklyn, New York |
| | 3551 | 34 | 180 Grafton Street, Brooklyn, New York |
| $434,225.68 | 3493 | 5 | 477 Saratoga Ave., Brooklyn, New York |
| | 1372 | 20 | 1350 Park Place, Brooklyn, New York |
| | 3551 | 34 | 180 Grafton Street, Brooklyn, New York |
| | 3675 | 4 | 257 Mother Gaston Blvd., Brooklyn, New York |
| $410,958.90 | 3493 | 5 | 477 Saratoga Ave., Brooklyn, New York |
| | 1372 | 20 | 1350 Park Place, Brooklyn, New York |
| | 3551 | 34 | 180 Grafton Street, Brooklyn, New York |
| | 3675 | 4,7 | 257 and 251 Mother Gaston Blvd., Brooklyn, New York |
| $4,701,423.00 | 3493 | 5 | 477 Saratoga Ave., Brooklyn, New York |
| | 1372 | 20 | 1350 Park Place, Brooklyn, New York |
| | 3551 | 34 | 180 Grafton Street, Brooklyn, New York |
| | 3675 | 4,7 | 257 and 251 Mother Gaston Blvd., Brooklyn, New York |

**Fill in this information to identify the case:**

Debtor  _Park Monroe Housing Development Fund Corporation_

United States Bankruptcy Court for the:  _Eastern_  District of  _NY_
(State)

Case number  _19-40820 (CEC)_
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** | Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**  $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** | Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**  $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** | Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**  $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Park Monroe Housing Development Fund Corporation | | Case number (*if known*) | 19-40820 (CEC) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**
**Nonpriority creditor's name and mailing address**
Advanced Mechanical

1808 Haring Street
Brooklyn, NY 11229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

$ 275.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2**
**Nonpriority creditor's name and mailing address**
Advantage Wholesale Supply

172 Empire Boulevard
Brooklyn NY 11225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

$ 12,705.53

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3**
**Nonpriority creditor's name and mailing address**
Always Available Mechanical

2633 Coney Island Avenue
Brooklyn, NY 11223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

$ 4,200.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4**
**Nonpriority creditor's name and mailing address**
B & M Utica Ave. Locksmith Inc.

836 Utica Avenue
Brooklyn, NY 11203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

$ 275.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5**
**Nonpriority creditor's name and mailing address**
Borinquen Exterminating Company Inc.

435 Ft. Washington Ave. Suite 2H
New York NY 10033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

$ 3,714.34

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.6**
**Nonpriority creditor's name and mailing address**
BXTERMINATOR

625 Southern Blvd # 1A
Bronx NY 10455

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

$ 290.63

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Park Monroe Housing Development Fund Corporation | Case number (if known) | 19-40820 (CEC) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** **Nonpriority creditor's name and mailing address**

Cablevision

PO Box 371378
Pittsburgh, PA 15250-7378

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$                   205.54

**Basis for the claim:**    Vendor

**Date or dates debt was incurred**              _____

**Last 4 digits of account number**         __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**

Cannon Heyman & Weiss LLP

726 Exchange Street, Suite 516
Buffalo, NY 14210

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$                   5,555.31

**Basis for the claim:**   Professional services

**Date or dates debt was incurred**              _____

**Last 4 digits of account number**         __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**

ConEdison

JAF Station, PO Box 138
New York, NY 10726-0138

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$                   2,731.09

**Basis for the claim:**    Vendor

**Date or dates debt was incurred**              _____

**Last 4 digits of account number**         __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

Eldon V. Lessie

292 Midwood Street, B5
Brooklyn, NY 11225

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$                   835.00

**Basis for the claim:**    Vendor

**Date or dates debt was incurred**              _____

**Last 4 digits of account number**         __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**

Enviro-Test, Inc.

77 Broadway - Suite 1
Amityville, NY 11701

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$                   6,230.00

**Basis for the claim:**    Vendor

**Date or dates debt was incurred**              _____

**Last 4 digits of account number**         __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| Debtor | Park Monroe Housing Development Fund Corporation | Case number (if known) | 19-40820 (CEC) |
|---|---|---|---|
| | Name | | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.12** Nonpriority creditor's name and mailing address
Expo Development Corp.
727 Beck Street
Bronx, NY 10455

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

$ 2,691.00

Date or dates debt was incurred
Last 4 digits of account number
Is the claim subject to offset?
☒ No
☐ Yes

**3.13** Nonpriority creditor's name and mailing address
Falcon Power Installers
953 E. 85th Street
Brooklyn, NY 11236

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

$ 2,431.72

Is the claim subject to offset?
☒ No
☐ Yes

**3.14** Nonpriority creditor's name and mailing address
J. Alam Home Improvement, Inc.
230 Ocean Parkway, Apt D8
Brooklyn, NY 11218

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

$ 86,800.00

Is the claim subject to offset?
☒ No
☐ Yes

**3.15** Nonpriority creditor's name and mailing address
J-P Design, Inc
235A West 135th Street
New York, NY 10030

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

$ 4,025.00

Is the claim subject to offset?
☒ No
☐ Yes

**3.16** Nonpriority creditor's name and mailing address
Leema Plumbing & Heating
2361 Maclay Ave
Bronx NY 10462

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

$ 2,174.00

Is the claim subject to offset?
☒ No
☐ Yes

**3.17** Nonpriority creditor's name and mailing address
National Grid
PO Box 11741
Newark NJ 07101-4741

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

$ 29,641.03

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Park Monroe Housing Development Fund Corporation | Case number (*if known*) | 19-40820 (CEC) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.18** **Nonpriority creditor's name and mailing address**

NEBHDCo

132 Ralph Avenue
Brooklyn, NY 11233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Intercompany

$ 136,325.37

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.19** **Nonpriority creditor's name and mailing address**

NYC Commissioner of Finance

PO Box 2307
New York, NY 10272

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 9,376.22

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.20** **Nonpriority creditor's name and mailing address**

NYC Department of Finance

100 Gold Street
New York, NY 10038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 420,019.95

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.21** **Nonpriority creditor's name and mailing address**

NYC Water Board

PO BOx 11863
Newark, NJ 07101-8163

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 247,315.75

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.22** **Nonpriority creditor's name and mailing address**

Richard McCoy, City Marshal

241-04 Hillside Ave.
Bellerose, NY 11426

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 653.58

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    <u>Park Monroe Housing Development Fund Corporation</u>      Case number (*if known*)___ 19-40820 (CEC)
          Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.23** | Nonpriority creditor's name and mailing address

S.D.L. Applicance Repair Service

727 Schenck Avenue

Brooklyn, NY 11207

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___ Vendor ___

$ 13,147.99

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.24** | Nonpriority creditor's name and mailing address

Sears Commercial One

Dept. 53-0001285465

Phoenix, AZ 85062-8042

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___ Vendor ___

$ 1,040.84

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.25** | Nonpriority creditor's name and mailing address

Vacant Property Security, LLC

PO Box 1177

Bristol, PA 19007

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___ Vendor ___

$ 413.73

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.26** | Nonpriority creditor's name and mailing address

Verizon

PO Box 15124

Albany, NY 12212-5124

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___ Vendor ___

$ 1,141.11

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.5** | Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** | Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Debtor        Park Monroe Housing Development Fund Corporation          Case number *(if known)*  19-40820 (CEC)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 994,214.73 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 994,214.73 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Park Monroe Housing Development Fund Corporation</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern     District of   NY<br/>(State)</td></tr>
<tr><td>Case number (If known):</td><td>19-40820 (CEC)     Chapter   11</td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Management Agreement | Northeast Brooklyn Housing Development Corporation |
| | State the term remaining | Annual | 132 Ralph Avenue |
| | List the contract number of any government contract | | Brooklyn, NY 11233 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Janitorial Agreement | Northeast Brooklyn Housing Development Corporation |
| | State the term remaining | Annual | 132 Ralph Avenue |
| | List the contract number of any government contract | | Brooklyn, NY 11233 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Pest management service | BXTERMINATOR |
| | State the term remaining | Ends July 1, 2019 | 625 Southern Blvd., Suite 1A |
| | List the contract number of any government contract | | Bronx, NY 10455 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Park Monroe Housing Development Fund Corporation</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern                     District of   NY<br>                                                                (State)</td></tr>
<tr><td>Case number (If known):</td><td>19-40820 (CEC)</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name   Park Monroe Housing Development Fund Corporation

United States Bankruptcy Court for the: Eastern     District of   NY
(State)

Case number (If known):   19-40820 (CEC)

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*.................................................................................................

$ 16,860,000.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*.................................................................................................

$ 391,932.31

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*.................................................................................................

$ 17,251,932.31

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................

$ 6,123,579.09

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................

$ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................................

+ $ 994,214.73

4. **Total liabilities**...................................................................................................................................
   Lines 2 + 3a + 3b

$ 7,117,793.82

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

In re:                                                                    Case No. 19-40820 (CEC)

      PARK MONROE HOUSING DEVELOPMENT
      FUND CORPORATION,                                         Chapter 11

                                Debtor(s)
------------------------------------------------------------------------x

## AFFIDAVIT PURSUANT TO LOCAL RULE 1007-1(b)

      Jeffrey E. Dunston, undersigned debtor herein, swears as follows:

1.  Debtor filed a petition under chapter 11 of the Bankruptcy Code on February 11, 2019.

2.  Schedule(s) A/B; D; E/F; G and H were not filed at the time of filing of the said petition, and is/are being filed herewith.

3.  [*Check applicable box*]:

    ☐  The schedules filed herewith reflect no additions or corrections to, or deletions from, list of creditors which accompanied the petition.

    ☑  Annexed hereto is a listing of names and addresses of scheduled creditors added to or deleted from the list of creditors which accompanied the petition. Also listed, as applicable, are any scheduled creditors whose previously listed names and/or addresses have been corrected. The nature of the change (addition, deletion or correction) is indicated for each creditor listed. The list is annexed hereto as Exhibit A.

1.  [If creditors have been ***added***] An amended mailing matrix is annexed hereto, listed added creditors **ONLY**, in the format prescribed by E.D.N.Y LBR 1007-3, as Exhibit B.

***Reminder: No amendment of schedules is effective until proof of service in accordance with E.D.N.Y LBR 1009-1(b) has been filed with the Court.***

Any additions to the list of creditors which accompanied the petition will be deemed an amendment to the list, if this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. The motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affirmation, all attachments and the amended schedules in accordance with E.D.N.Y LBR 1009-1.

Dated: _March 1, 2019_

                                                _____
                                             Debtor *(signature)*

Sworn to before me this 1st

Day of _March_, 20_19_

_____
Notary Public, State of New York

        ALLEN G. KADISH
      Notary Public, State of New York
         No. 02KA4946891
       Qualified in New York County
    Commission Expires April 4, 20 19

                                                      Rev. 12/16

## AFFIDAVIT PURSUANT TO LOCAL RULE 1007-1(b)

### Instructions for Completion of Form, Pro Se Debtor(s)

Provided your bankruptcy petition was accompanied by a list of all your creditors and their addresses, Bankruptcy Rule 1007(c) allows **14 days** from the date of filing of the petition to file your schedules. Pursuant to E.D.N.Y LBR 1007-1(b), schedules filed after the filing of a petition must be accompanied by this affidavit.

**[NOTE:** To the extent that the schedules reflect changes from the list of creditors filed with the petition, the list will be deemed to have been amended. E.D.N.Y LBR 1009-1(a) requires that, in order for an amendment to be effective, proof of service in accordance with E.D.N.Y LBR 1009-1(b) must be filed with the Clerk. The amendment must be served upon the United States Trustee, the Case Trustee, and all Creditors who were added or deleted, and any other party affected by the amendment. A form of certificate of service is available from the Customer Service Representative in the Clerk's Office.]

**In re:**      Name(s) of debtor(s) as it/they appear on the petition.

**Case No.:**   The bankruptcy case number assigned at the time of filing of the petition, including the three digit judge code – **EXAMPLE: 03-10345-353**

**Chapter:**    The bankruptcy chapter under which relief is being sought (7, 9, 11, 12, 13 and 15)

**Debtor:**     Name(s) of debtor(s) signing affidavit.

**Schedule(s):** Specify schedule(s) affidavit related to **(D, and/or E/F)**

**Check applicable box:** Check the first box if there have been no changes to the list of creditors originally filed. If creditors have been added or deleted, or if corrections have been made, check the second box, and attach a listing of all such creditors. The nature of the change must be indicated for each creditor listed.

**Matrix**:     If creditors have been added, an amended matrix must be submitted, listing added creditors **ONLY.**

**Signature:**  The form must be signed by the debtor(s). The date of the signing must be indicated at the prompt on the lower left of the form.

**Sworn to:**   You must have the form notarized before presenting it to the Court.

**FEE:**        A **$31 fee is due**, if creditors have been ***added to or deleted*** from the list of creditors originally filed. **[Changing of a creditor's address does NOT require payment of a fee.**]

**SERVICE OF NOTICE:** If creditors have been added, you are responsible for mailing to each such creditor a copy of the notice that the Court issued (and which should have previously been mailed to you) advising of the filing of the case, the meeting of creditors and the fixing of certain deadlines. You should file a certificate of service of the notice along with the schedules. [NOTE: A form of certificate of service is available at the Clerk's Office.]

## Exhibit A

## Park Monroe Housing Development Fund Corporation: Added Creditors

NYC Commissioner of Finance
P.O. Box 2307
New York, NY 10272

NYC Water Board
P.O. Box 11863
Newark, NJ 07101-8163

Odette Beauty Salon and Barber Shop LLC
477 Saratoga Avenue
Brooklyn, NY 11212

Richard McCoy, City Marshal
241-04 Hillside Ave.
Bellerose, NY 11426

Rita Dumain, Esq.
Corporation Counsel
City of New York
100 Church Street
New York, NY 10007

## Park Monroe Housing Development Fund Corporation: Corrected Creditors

Advanced Mechanical Contractors Group
1808 Haring St.
Brooklyn, NY 11229

B & M Utica Ave. Locksmith Inc.
836 Utica Ave.
Brooklyn, NY 11203

Cannon Heyman & Weiss LLP
726 Exchange Street, Suite 500
Buffalo, NY 14210

Enviro-Test, Inc.
77 Broadway, Suite 1
Amityville, NY 11701

Expo Development Corp.
727 Beck Street
Bronx, NY 10455

Leema Plumbing & Heating
2361 Maclay Ave.
Bronx, NY 10462

New York City Fire Department
Church Street Station
P.O. Box 840
New York, NY 10008-840

Sears Commercial One
Dept. 53-0001285465
Phoenix, AZ 85062-8042

Vacant Property Security, LLC
P.O. Box 1177
Bristol, PA 19007

**Exhibit B**
**Added Creditors**

NYC Commissioner of Finance
P.O. Box 2307
New York, NY 10272

NYC Water Board
P.O. Box 11863
Newark, NJ 07101-8163

Odette Beauty Salon and Barber Shop LLC
477 Saratoga Avenue
Brooklyn, NY 11212

Richard McCoy, City Marshal
241-04 Hillside Ave.
Bellerose, NY 11426

Rita Dumain, Esq.
Corporation Counsel
City of New York
100 Church Street
New York, NY 10007

216027115v1