UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re **Park Monroe Housing Development Fund Corporation**

Debtor

Case No. **19-40820 (CEC)**

Reporting Period: **September-19**

Federal Tax I.D. #  20-4997295

## CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | | |
| Balance Sheet | MOR-3 | | |
| Status of Post-petition Taxes | MOR-4 | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | |
| Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Taxes Reconciliation and Aging | MOR-5 | | |
| Payments to Insiders and Professional | MOR-6 | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | | |
| Debtor Questionnaire | MOR-7 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor _____ Date 10-20-19

Signature of Authorized Individual* _____ Date 10-20-19

Printed Name of Authorized Individual  Nathaniel Montgomery  Date 10-20-19

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a
partnership; a manager or member if debtor is a limited liability company.

In re **Park Monroe Housing Development Fund Corporatior**    Case No. **19-40820 (CEC)**
Debtor    Reporting Period: **September-19**

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.   The beginning cash should be the ending cash from the prior month
or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH -
ACTUAL" column must equal the sum of the four bank account columns.  Attach copies of the bank statements and the cash disbursements journal.
The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be
attached for each account.  [See MOR-1 (CON'T)]

| ACCOUNT NUMBER (LAST 4) | OPER | PAYROLL | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|---|
| CASH BEGINNING  OF MONTH | $      9,093.99 | | | | |
| **RECEIPTS** | | | | | |
| CASH  SALES | | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | $     43,320.32 | | | | |
| LOANS AND ADVANCES | | | | | |
| SALE  OF  ASSETS | | | | | |
| OTHER  *(ATTACH  LIST)* | | | | | |
| TRANSFERS *(FROM DIP ACCTS)* | | | | | |
| TOTAL  RECEIPTS | $     52,414.31 | | | | |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | $     11,361.28 | | | | |
| PAYROLL TAXES | | | | | |
| SALES, USE, & OTHER TAXES | | | | | |
| INVENTORY PURCHASES | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | |
| INSURANCE | | | | | |
| ADMINISTRATIVE | $      3,865.50 | | | | |
| SELLING | | | | | |
| OTHER  *(ATTACH  LIST)* | $     16,347.79 | | | | |
| OWNER DRAW * | | | | | |
| TRANSFERS *(TO DIP ACCTS)* | | | | | |
| PROFESSIONAL FEES | $              - | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | | |
| COURT COSTS | | | | | |
| TOTAL DISBURSEMENTS | $     31,574.57 | | | | |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $     20,839.74 | | | | |
| | | | | | |
| CASH – END OF MONTH | $     20,839.74 | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH  ACTUAL COLUMN)**

| | |
|---|---|
| TOTAL DISBURSEMENTS | $              31,574.57 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | |

In re **Park Monroe Housing Development Fund Corporation**      Case No. **19-40820 (CEC)**
      Debtor                                          Reporting Period:      **September-19**

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| **BALANCE PER BOOKS** | $      5,173.04 | | | |
| | | | | |
| **BANK BALANCE** | $      20,839.74 | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | $      - | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | $      15,666.70 | | | |
| OTHER  *(ATTACH EXPLANATION)* | $      - | | | |
| | | | | |
| **ADJUSTED BANK BALANCE \*** | $      5,173.04 | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | $      - | | |
| Azoulay Weiss | 105 | $      660.00 | | |
| NEBHDCO | 123 | $      1,010.35 | | |
| NEBHDCO | 129 | $      1,358.21 | | |
| SiteCompli | 157 | $      900.00 | | |
| BankDirect Capital | 159 | $      11,738.14 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

**In re** **Park Monroe Housing Development Fund Corporation**       **Case No.** **19-40820 (CEC)**
    Debtor                                              **Reporting Period:**       **September-19**

### STATEMENT OF OPERATIONS  (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Gross Revenues | $            43,320.32 | $           318,260.60 |
| Less:  Returns and Allowances | $                     - | |
| Net Revenue | $            43,320.32 | $           318,260.60 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs *(attach schedule)* | | |
| Less:  Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Officer/Insider Compensation* | | |
| Insurance | $                     - | $            46,785.26 |
| Management Fees/Bonuses | $              3,865.50 | $            29,436.30 |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | $              9,942.50 | $            45,560.61 |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | $            11,361.28 | $            79,528.96 |
| Supplies | $                     - | $              3,532.55 |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | $              6,405.29 | $            19,167.69 |
| Other *(attach schedule)* | $                     - | $                     - |
| Total Operating Expenses Before Depreciation | $            31,574.57 | $           224,011.37 |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | $            11,745.75 | $            94,249.23 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | | |
| Interest Expense | | |
| Other Expense *(attach schedule)* | | |
| Net Profit (Loss) Before Reorganization Items | | |

| REORGANIZATION ITEMS | | | | |
|---|---|---|---|---|
| Professional Fees | $ | 19,933.87 | $ | 192,999.25 |
| U. S. Trustee Quarterly Fees | $ | - | $ | 1,625.56 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | | | |
| Gain (Loss) from Sale of Equipment | | | | |
| Other Reorganization Expenses *(attach schedule)* | | | | |
| Total Reorganization Expenses | | | | |
| Income Taxes | | | | |
| Net Profit (Loss) | $ | (8,188.12) | $ | (100,375.58) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

OTHER COSTS

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

**In re** **Park Monroe Housing Development Fund Corporat**    **Case No.**    **19-40820 (CEC)**
       Debtor             **Reporting Period:**       **September-19**

### BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| *CURRENT ASSETS* | | | |
| Unrestricted Cash and Equivalents | $          20,839.74 | $          9,093.99 | $                    - |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | $          92,401.93 |
| Accounts Receivable (Net) | $                    - | | $        235,862.66 |
| Notes Receivable | | | |
| Inventories | | | |
| Prepaid Expenses | | | $          19,230.72 |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | | | $          44,437.00 |
| *TOTAL CURRENT ASSETS* | $          20,839.74 | $          9,093.99 | $        391,932.31 |
| *PROPERTY & EQUIPMENT* | | | |
| Real Property and Improvements | $      7,221,133.71 | $      7,221,133.71 | $    16,860,000.00 |
| Machinery and Equipment | $        122,027.13 | $        122,027.13 | |
| Furniture, Fixtures and Office Equipment | $          4,881.00 | $          4,881.00 | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less:  Accumulated Depreciation | $                    - | | |
| *TOTAL PROPERTY & EQUIPMENT* | $      7,348,041.84 | $      7,348,041.84 | $    16,860,000.00 |
| *OTHER ASSETS* | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)* | | | |
| *TOTAL OTHER ASSETS* | | | |
| *TOTAL ASSETS* | $      7,117,793.82 | $      7,348,041.84 | $    17,251,932.31 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | |
| Accounts Payable | | $                    - | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Wages Payable | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | $          19,933.87 | $          31,117.90 | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| *TOTAL POST-PETITION LIABILITIES* | $          19,933.87 | $          31,117.90 | |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | |
| Secured Debt | $      6,123,579.09 | $      6,123,579.09 | $      6,123,579.09 |
| Priority Debt | | | |
| Unsecured Debt | $        994,214.73 | $        994,214.73 | $        994,214.73 |
| *TOTAL PRE-PETITION LIABILITIES* | $      7,117,793.82 | $      7,117,793.82 | $      7,117,793.82 |
| *TOTAL LIABILITIES* | $      7,117,793.82 | $      7,117,793.82 | $      7,117,793.82 |
| *OWNERS' EQUITY* | | | |
| Capital Stock | | | |
| Additional Paid-In Capital | | | |
| Partners' Capital Account | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | | | |
| Retained Earnings - Post-petition | | | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions  *(attach schedule)* | | | |
| *NET OWNERS' EQUITY* | | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash:   Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

**In re** **Park Monroe Housing Development Fund Corporation**         **Case No.  19-40820 (CEC)**
       Debtor                                                 Reporting Period:   ##########

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the
amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | $            - | | | | | |
| Personal Property | | | | | | |
| Other:_____ | | | | | | |
| Total State and Local | | | | | | |
| | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable | $            - | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | $   192,999.25 | | | | | $   192,999.25 |
| Amounts Due to Insiders | | | | | | |
| Other:_____ | | | | | | |
| Other:_____ | | | | | | |
| **Total Post-petition Debts** | $   192,999.25 | | | | | $   192,999.25 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____

_____

In re **Park Monroe Housing Development Fund Corporation**                    Case No. **19-40820 (CEC)**
     Debtor                                                                         Reporting Period:        **September-19**

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $        20,805.63 |
| Plus:  Amounts billed during the period | $        43,320.32 |
| Less:  Amounts collected during the period | $        43,320.32 |
| Total Accounts Receivable at the end of the reporting period | $        20,805.63 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | $            - | | | | |
| 31 - 60 days old | $            - | | | | |
| 61 - 90 days old | $            - | | | | |
| 91+ days old | $       20,805.63 | | | | |
| Total Accounts Receivable | $       20,805.63 | | | | |
| | | | | | |
| Less:  Bad Debts (Amount considered uncollectible) | | | | | |
| | | | | | |
| Net Accounts Receivable | $       20,805.63 | | | | |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | | | | | |

**In re Park Monroe Housing Development Fund Corporation**          **Case No. 19-40820 (CEC)**
     Debtor          **Reporting Period:**          **September-19**

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals.  For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.).  Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
### AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

In re **Park Monroe Housing Development Fund Corporation**      Case No. **19-40820 (CEC)**
    Debtor      Reporting Period:      **September-19**

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 | Are any post petition payroll taxes past due? | | X |
| 9 | Are any post petition State or Federal income taxes past due? | | X |
| 10 | Are any post petition real estate taxes past due? | | X |
| 11 | Are any other post petition taxes past due? | | X |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 13 | Are any amounts owed to post petition creditors delinquent? | | X |
| 14 | Are any wage payments past due? | | X |
| 15 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

## ATTACHMENT TO SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| Date | Transaction Number | Payee | Amount | Date Cleared |
|---|---|---|---|---|
| 09/03/2019 | Check No. 150 | NEBHDCO Payroll | $9,000.00 | 09/04/2019 |
| 09/06/2019 | Check No. 151 | J. Alam Home Improvement | $3,000.00 | 09/09/2019 |
| 09/09/2019 | Check No. 152 | Elson V Lessie | $427.00 | 09/09/2019 |
| 09/09/2019 | Check No. 153 | Eldon V Lessie | $2,360.00 | 09/09/2019 |
| 09/10/2019 | Check No. 154 | B&M Locksmith | $2,300.50 | 09/12/2019 |
| 09/13/2019 | Check No. 155 | NEBHDCO Payroll | $2,361.28 | 09/13/2019 |
| 09/24/2019 | Check No. 156 | Eldon V Lessie | $625.00 | 09/26/2019 |
| 09/26/2019 | Check No. 158 | Leema Plumbing | $1,230.00 | 09/26/2019 |
| 09/27/2019 | Check No. 160 | NEBHDCO | $3,865.50 | 09/27/2019 |
| 09/03/2019 | 090319 | Optimum | $113.28 | 09/03/2019 |
| 09/10/2019 | 091019 | ConEdison | $339.08 | 09/10/2019 |
| 09/10/2019 | 091019 | ConEdison | $313.21 | 09/10/2019 |
| 09/10/2019 | 091019 | ConEdison | $208.40 | 09/10/2019 |
| 09/11/2019 | 091119 | ConEdison | $1,664.19 | 09/11/2019 |
| 09/11/2019 | 091119 | ConEdison | $433.00 | 09/11/2019 |
| 09/13/2019 | 091319 | National Grid | $1,543.08 | 09/13/2019 |
| 09/16/2019 | 091619 | National Grid | $1543.08 | 09/16/2019 |
| 09/23/2019 | 092319 | National Grid | $247.97 | 09/23/2019 |
|  |  |  |  |  |
|  |  |  |  |  |
|  | **Total** |  | **$31,574.57** |  |

# Capital One Bank

## MANAGE YOUR CASH

**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

PARK MONROE HOUSING DEVELOPMENT FUND COR
DEBTOR-IN-POSSESSION CASE NO. 19-40820
EASTERN DISTRICT OF NEW YORK
132 RALPH AVE
BROOKLYN NY  11233

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD SEPTEMBER 01, 2019 - SEPTEMBER 30, 2019

**Commercial Checking** ▮▮▮▮6217

**PARK MONROE HOUSING DEVELOPMENT FUND COR**

| | | | |
|---|---|---|---|
| Previous Balance  08/31/19 | $9,093.99 | Number of Days in Cycle | 30 |
| 14 Deposits/Credits | $43,320.32 | Minimum Balance This Cycle | $3,286.57 |
| 18 Checks/Debits | ($31,574.57) | Average Collected Balance | $10,164.99 |
| Service Charges | $0.00 | | |
| Ending Balance 09/30/19 | $20,839.74 | | |

## ACCOUNT DETAIL    FOR PERIOD SEPTEMBER 01, 2019 - SEPTEMBER 30, 2019

**Commercial Checking** ▮▮▮▮6217

**PARK MONROE HOUSING DEVELOPMENT FUND COR**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 09/03 | ACH deposit Park Monroe HDFC Settlement 090319 Northeast Brooklyn Hou ***********0245 | $1,994.32 | | $11,088.31 |
| 09/03 | ACH deposit NYCHA SECTION 8 NYCHA-PROD 090319 206017-PARK MONROE HDF 7025186 | $1,311.54 | | $12,399.85 |
| 09/03 | ACH Withdrawal OPTIMUM 7836 CABLE PMNT 090319 P  MONROE HDFC 80280302 | | $113.28 | $12,286.57 |
| 09/04 | Check      150 | | $9,000.00 | $3,286.57 |
| 09/05 | ACH deposit Park Monroe HDFC Settlement 090519 Northeast Brooklyn Hou ***********1285 | $3,092.16 | | $6,378.73 |
| 09/06 | ACH deposit Park Monroe HDFC Settlement 090619 Northeast Brooklyn Hou ***********5669 | $6,887.97 | | $13,266.70 |
| 09/09 | TRANSFER DEPOSIT FROM ...7498 | $4,775.64 | | $18,042.34 |
| 09/09 | TRANSFER DEPOSIT FROM ...7498 | $1.00 | | $18,043.34 |
| 09/09 | Check      151 | | $3,000.00 | $15,043.34 |
| 09/09 | Check      153 | | $2,360.00 | $12,683.34 |

*Thank you for banking with us.*

PAGE 1 OF 4

Products and services are offered by Capital One, N.A., Member FDIC.
©2019 Capital One. All rights reserved.



# CAPITAL ONE® Bank

# MANAGE YOUR CASH

**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

PARK MONROE HOUSING DEVELOPMENT FUND COR
DEBTOR-IN-POSSESSION CASE NO. 19-40820
EASTERN DISTRICT OF NEW YORK

## ACCOUNT DETAIL    CONTINUED FOR PERIOD  SEPTEMBER 01, 2019  -  SEPTEMBER 30, 2019

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|--------------------|
| 09/09 | Check      152 | | $427.00 | $12,256.34 |
| 09/10 | ACH Withdrawal CON ED OF NY    INTELL CK 091019 PARK MONROE HOUSINGDEV ***********0031 | | $339.08 | $11,917.26 |
| 09/10 | ACH Withdrawal CON ED OF NY    INTELL CK 091019 PARK MONROE HOUSINGDEV ***********0046 | | $313.21 | $11,604.05 |
| 09/10 | ACH Withdrawal CON ED OF NY    INTELL CK 091019 PARK MONROE HOUSINGDEV ***********0033 | | $208.40 | $11,395.65 |
| 09/11 | ACH Withdrawal CON ED OF NY    INTELL CK 091119 PARK MONROE HDFCD.I.P. ***********1037 | | $1,664.19 | $9,731.46 |
| 09/11 | ACH Withdrawal CON ED OF NY    INTELL CK 091119 PARK MONROE HDF CORPD. ***********0041 | | $433.00 | $9,298.46 |
| 09/12 | Check     96217 | | $2,300.50 | $6,997.96 |
| 09/13 | Customer Deposit | $546.91 | | $7,544.87 |
| 09/13 | ACH Withdrawal NATIONAL GRID NY UTILITYPAY 091319 PARK MONROE H.D.F., CO 00292754945 | | $1,543.08 | $6,001.79 |
| 09/13 | Check      155 | | $2,361.28 | $3,640.51 |
| 09/16 | ACH deposit Park Monroe HDFC Settlement 091619 Northeast Brooklyn Hou ***********8785 | $6,027.07 | | $9,667.58 |
| 09/16 | ACH Withdrawal NATIONAL GRID NY UTILITYPAY 091619 PARK MONROE H.D.F., CO 00292754945 | | $1,543.08 | $8,124.50 |
| 09/18 | ACH deposit THE CITY OF NEW  Payments 091819 00070002774355 ***********8812 | $219.43 | | $8,343.93 |
| 09/19 | ACH deposit Park Monroe HDFC Settlement 091919 Northeast Brooklyn Hou ***********4141 | $332.56 | | $8,676.49 |
| 09/23 | ACH Withdrawal NATIONAL GRID NY UTILITYPAY 092319 PARK MONROE H.D.F., CO 00347025115 | | $247.97 | $8,428.52 |
| 09/24 | ACH deposit Park Monroe HDFC Settlement 092419 Northeast Brooklyn Hou ***********3421 | $862.50 | | $9,291.02 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2019 Capital One. All rights reserved.



MEMBER
FDIC

EQUAL HOUSING
LENDER

## ACCOUNT DETAIL    CONTINUED FOR PERIOD SEPTEMBER 01, 2019  -  SEPTEMBER 30, 2019

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|-----------------:|-------------------:|------------------:|
| 09/26 | ACH deposit Park Monroe HDFC Settlement 092619 Northeast Brooklyn Hou ***********2161 | $10,726.68 | | $20,017.70 |
| 09/26 | Check      158 | | $1,230.00 | $18,787.70 |
| 09/26 | Check      156 | | $625.00 | $18,162.70 |
| 09/27 | ACH deposit Park Monroe HDFC Settlement 092719 Northeast Brooklyn Hou ***********8673 | $2,541.50 | | $20,704.20 |
| 09/27 | Check      160 | | $3,865.50 | $16,838.70 |
| 09/30 | ACH deposit THE CITY OF NEW  Payments 093019 00080002774355 ***********3680 | $4,001.04 | | $20,839.74 |
| **Total** | | $43,320.32 | $31,574.57 | |

**PARK MONROE HOUSING**
**DEVELOPMENT FUND COR**

**Commercial Checking6217**

### Checks * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|-----------|------|-------:|-----------|------|-------:|-----------|------|-------:|
| 150 | 09/04 | $9,000.00 | 153 | 09/09 | $2,360.00 | 158* | 09/26 | $1,230.00 |
| 151 | 09/09 | $3,000.00 | 155* | 09/13 | $2,361.28 | 160* | 09/27 | $3,865.50 |
| 152 | 09/09 | $427.00 | 156 | 09/26 | $625.00 | 96217* | 09/12 | $2,300.50 |

10/10/2019

## Park Monroe HDFC- Capital one

## Bank Reconciliation Report

## 9/30/2019

███████6217

### Posted by: ebrown   on 10/10/2019

**Balance Per Bank Statement as of 9/30/2019**                                     **20,839.74**

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 4/2/2019 | 105 | weiss - Azoulay Weiss, LLP | 660.00 |
| 6/13/2019 | 123 | nebhdco - NEBHDCo | 1,010.35 |
| 6/26/2019 | 129 | nebhdco - NEBHDCo | 1,358.21 |
| 9/26/2019 | 157 | sitecomp - SiteCompli,LLC | 900.00 |
| 9/27/2019 | 159 | bankdir - BankDirect Capital Finance | 11,738.14 |
| **Less:** | **Outstanding Checks** | | **15,666.70** |
| | **Reconciled Bank Balance** | | **5,173.04** |

**Balance per GL as of 9/30/2019**                                                **5,173.04**

          **Reconciled Balance Per G/L**                                **5,173.04**

**Difference**          (Reconciled Bank Balance And Reconciled Balance Per G/L)                **0.00**

**Park Monroe HDFC- Capital one**

10/10/2019

**Bank Reconciliation Report**

**9/30/2019**

6217

**Posted by: ebrown   on 10/10/2019**

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 9/3/2019 | 150 | payroll - NEBHDCo-Payroll-Janitorial Fees | 9,000.00 | 9/30/2019 |
| 9/6/2019 | 151 | jalam - J. Alam Home Improvement, Inc. | 3,000.00 | 9/30/2019 |
| 9/9/2019 | 152 | lessie - Eldon V Lessie | 427.00 | 9/30/2019 |
| 9/9/2019 | 153 | lessie - Eldon V Lessie | 2,360.00 | 9/30/2019 |
| 9/9/2019 | 218073112 | coned - ConEdison | 208.40 | 9/30/2019 |
| 9/9/2019 | 218073339 | coned - ConEdison | 313.21 | 9/30/2019 |
| 9/9/2019 | 218073384 | coned - ConEdison | 339.08 | 9/30/2019 |
| 9/9/2019 | 218073579 | coned - ConEdison | 1,664.19 | 9/30/2019 |
| 9/9/2019 | 218074088 | coned - ConEdison | 433.00 | 9/30/2019 |
| 9/10/2019 | 154 | bmutica - B & M Utica Ave. Locksmith Inc. | 2,300.50 | 9/30/2019 |
| 9/13/2019 | 155 | payroll - NEBHDCo-Payroll-Janitorial Fees | 2,361.28 | 9/30/2019 |
| 9/13/2019 | 9131954945 | ngrid - National Grid | 1,543.08 | 9/30/2019 |
| 9/16/2019 | 9161954945 | ngrid - National Grid | 1,543.08 | 9/30/2019 |
| 9/23/2019 | 9231925115 | ngrid - National Grid | 247.97 | 9/30/2019 |
| 9/24/2019 | 156 | lessie - Eldon V Lessie | 625.00 | 9/30/2019 |
| 9/26/2019 | 158 | leema - Leema Plumbing & Heating | 1,230.00 | 9/30/2019 |
| 9/27/2019 | 160 | nebhdco - NEBHDCo | 3,865.50 | 9/30/2019 |
| 9/30/2019 | 93019 | cable - Cablevision | 113.28 | 9/30/2019 |
| **Total Cleared Checks** | | | **31,574.57** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 8/30/2019 | 1 | :ACH Deposit | 1,994.32 | 9/30/2019 |
| 9/1/2019 | 50 | | 1,311.54 | 9/30/2019 |
| 9/1/2019 | 64 | | 4,001.04 | 9/30/2019 |
| 9/1/2019 | 66 | | 219.43 | 9/30/2019 |
| 9/4/2019 | 48 | :CHECKscan Deposit | 3,092.16 | 9/30/2019 |
| 9/5/2019 | 49 | :CHECKscan Deposit | 6,887.97 | 9/30/2019 |
| 9/12/2019 | 52 | :CHECKscan Deposit | 6,027.07 | 9/30/2019 |
| 9/13/2019 | 53 | | 521.91 | 9/30/2019 |
| 9/13/2019 | 54 | | 25.00 | 9/30/2019 |
| 9/18/2019 | 55 | :CHECKscan Deposit | 332.56 | 9/30/2019 |
| 9/23/2019 | 56 | :CHECKscan Deposit | 862.50 | 9/30/2019 |
| 9/25/2019 | 57 | :CHECKscan Deposit | 10,726.68 | 9/30/2019 |
| 9/26/2019 | 58 | :CHECKscan Deposit | 2,541.50 | 9/30/2019 |
| **Total Cleared Deposits** | | | **38,543.68** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 8/30/2019 | JE 29825 | Travelers | 4,775.64 | 9/30/2019 |
| 9/9/2019 | JE 29911 | Transfer | 1.00 | 9/30/2019 |
| **Total Cleared Other Items** | | | **4,776.64** | |

# CapitalOne Bank

## MANAGE YOUR CASH
### CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

PARK MONROE HOUSING DEVELOPMENT FUND
CORP DEBTOR-IN-POSSESSION CASE NO
19-40820 EASTERN DISTRICT OF NEW YORK
UTILITY ACCOUNT
132 RALPH AVE
BROOKLYN NY  11233

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD  SEPTEMBER 01, 2019  -  SEPTEMBER 30, 2019

**Commercial Checking** ▮▮▮▮**6478**                                   **PARK MONROE HOUSING DEVELOPMENT FUND**

| | | | |
|---|---|---|---|
| Previous Balance  08/31/19 | $2,000.00 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $2,000.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $2,000.00 |
| Service Charges | $0.00 | | |
| Ending Balance 09/30/19 | $2,000.00 | | |

## ACCOUNT DETAIL    FOR PERIOD  SEPTEMBER 01, 2019  -  SEPTEMBER 30, 2019

**Commercial Checking** ▮▮▮▮**6478**                                   **PARK MONROE HOUSING DEVELOPMENT FUND**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 09/01 | | | | $2,000.00 |
| | No Account Activity this Statement Period | | | |
| 09/30 | | | | $2,000.00 |
| *Total* | | $0.00 | $0.00 | |

No Items Processed

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2019 Capital One. All rights reserved.



MEMBER FDIC
EQUAL HOUSING LENDER

**Park Monroe- Cap1 Utility Acct**

**Bank Reconciliation Report**

**9/30/2019**

█████6478

**Posted by: ebrown   on 10/10/2019**

10/10/2019

| | |
|---|---:|
| **Balance Per Bank Statement as of 9/30/2019** | **2,000.00** |
| **Reconciled Bank Balance** | **2,000.00** |
| | |
| **Balance per GL as of 9/30/2019** | **2,000.00** |
| **Reconciled Balance Per G/L** | **2,000.00** |
| | |
| **Difference**  (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

# Rent Roll with Lease Charges

Park Monroe, HDFC
As Of December 01,2018
Property: par
Brooklyn, NY 11233

| Unit | Type | Unit Sq Ft | Name | Lease Type | Move In Date | Lease From | Lease To | Market Rent | Charge Code | Amount | Total Monthly Charges | Resident Deposit | Legal Status |
|------|------|------------|------|------------|--------------|------------|----------|-------------|-------------|--------|-----------------------|------------------|--------------|
| 1350-1A | par18g | | | | | 04/01/2017 | 03/31/2019 | | rent | | | | |
| 1350-1B | par28g | | | | | 06/01/2017 | 05/31/2019 | | rent | | | | |
| 1350-1C | par38g | | | | | 07/01/2013 | 06/30/2018 | | rent | | | | |
| | | | | | | | | | hpd | | | | |
| 1350-1D | par2hg | | | | | 05/01/2017 | 04/30/2019 | | rent | | | | |
| 1350-2A | par28w | | | | | 02/01/2019 | 01/31/2021 | | rent | | | | |
| 1350-2B | par28ws | | | | | 01/01/2000 | 12/31/2037 | | | | | | |
| 1350-2C | par3hw | | | | | | | | | | | | |
| 1350-2D | par38w | | | | | 05/01/2018 | 04/30/2020 | | rent | | | | |
| 1350-2E | par18w | | | | | 09/01/2016 | 08/31/2018 | | rent | | | | |
| 1350-3A | par2hw | | | | | 09/01/2016 | 08/31/2018 | | rent | | | | |
| 1350-3B | par2hw | | | | | 06/01/2010 | 05/31/2012 | | rent | | | | |
| 1350-3C | par38w | | | | | 03/01/2016 | 02/28/2018 | | rent | | | | |
| 1350-3D | par38w | | | | | 09/01/2016 | 08/31/2018 | | rent | | | | |
| 1350-3E | par18w | | | | | 01/01/2017 | 12/31/2017 | | rent | | | | |
| 1350-4A | par28w | | | | | 05/01/2018 | 04/30/2020 | | rent | | | | |
| | | | | | | | | | hpd | | | | |
| 1350-4B | par2hw | | | | | 06/01/2017 | 05/31/2019 | | hpd | | | | |
| | | | | | | | | | rent | | | | |
| 1350-4C | par3hw | | | | | 07/01/2016 | 06/30/2018 | | hpd | | | | |
| | | | | | | | | | rent | | | | |
| 1350-4D | par38w | | | | | 07/01/2018 | 06/30/2020 | | rent | | | | |
| 1350-4E | par18w | | | | | | | | | | | | |
| 180-1A | par0hw | | | | | | | | | | | | |
| 180-1B | par2hw | | | | | | | | | | | | |
| 180-1C | par28w | | | | | 09/01/2018 | 08/31/2019 | | rent | | | | |
| 180-1D | par08w | | | | | 08/01/2017 | 07/31/2019 | | rent | | | | |
| 180-2A | par18w | | | | | | | | | | | | |
| 180-2B | par28w | | | | | 07/01/2015 | 06/30/2017 | | rent | | | | |
| 180-2C | par2hw | | | | | 03/01/2008 | 02/28/2010 | | rent | | | | |
| 180-2D | par2hw | | | | | | | | | | | | |
| 180-3A | par1hw | | | | | 04/01/2017 | 03/31/2019 | | rent | | | | |
| 180-3B | par2hw | | | | | 08/01/2017 | 07/31/2019 | | rent | | | | |
| 180-3C | par2hw | | | | | 01/01/2018 | 12/31/2019 | | hpd | | | | |
| | | | | | | | | | rent | | | | |
| 180-3D | par2hw | | | | | 04/01/2014 | 03/31/2016 | | rent | | | | |
| | | | | | | | | | hpd | | | | |

# Rent Roll with Lease Charges

Park Monroe, HDFC
As Of December 01,2018
Property: par
Brooklyn, NY 11233

| Unit | Type | Unit Sq Ft | Name | Lease Type | Move In Date | Lease From | Lease To | Market Rent | Charge Code | Amount | Total Monthly Charges | Resident Deposit | Legal Status |
|------|------|-----------|------|-----------|-------------|-----------|----------|-------------|-------------|--------|----------------------|-----------------|--------------|
| 180-4A | par18w | | | | | 04/01/2018 | 03/31/2019 | | rent | | | | |
| 180-4B | par28w | | | | | | | | | | | | |
| 180-4C | par2hw | | | | | 04/01/2011 | 12/31/2017 | | hpd | | | | |
| | | | | | | | | | rent | | | | |
| 180-4D | par28w | | | | | 06/01/2017 | 05/31/2019 | | rent | | | | |
| 249-1A | par08w | | | | | 08/01/2017 | 07/31/2019 | | rent | | | | |
| 249-1B | par28w | | | | | | | | | | | | |
| 249-1C | par2hw | | | | | 06/01/2017 | 05/31/2019 | | rent | | | | |
| 249-1D | par28w | | | | | 10/01/2017 | 09/30/2018 | | nycha | | | | |
| | | | | | | | | | rent | | | | |
| 249-2A | par1hw | | | | | 12/31/2013 | 01/01/2015 | | rent | | | | |
| 249-2B | par1hw | | | | | | | | | | | | |
| 249-2C | par08w | | | | | | | | | | | | |
| 249-2D | par0hw | | | | | 02/01/2017 | 01/31/2019 | | rent | | | | |
| 249-2E | par2hw | | | | | 08/01/2017 | 07/31/2019 | | rent | | | | |
| 249-3A | par0hw | | | | | 06/01/2018 | 05/31/2019 | | rent | | | | |
| | | | | | | | | | hpd | | | | |
| 249-3B | par1hw | | | | | | | | | | | | |
| 249-3C | par18w | | | | | 04/01/2017 | 03/31/2019 | | rent | | | | |
| 249-3D | par1hw | | | | | 03/01/2017 | 02/28/2019 | | rent | | | | |
| 249-3E | par28w | | | | | 02/01/2017 | 01/31/2019 | | rent | | | | |
| 249-4A | par18w | | | | | 08/01/2017 | 07/31/2019 | | rent | | | | |
| 249-4B | par18w | | | | | | | | | | | | |
| 249-4C | par08w | | | | | 01/01/2017 | 12/31/2018 | | rent | | | | |
| 249-4D | par0hw | | | | | 12/01/2018 | 11/30/2019 | | rent | | | | |
| | | | | | | | | | security | | | | |
| 249-4E | par2hw | | | | | 06/01/2018 | 05/31/2019 | | rent | | | | |
| 257-1A | par18w | | | | | 04/01/2018 | 03/31/2020 | | rent | | | | |
| 257-1B | par2hw | | | | | 10/01/2017 | 09/30/2019 | | rent | | | | |
| 257-2A | par2hw | | | | | 12/01/2017 | 11/30/2019 | | rent | | | | |
| 257-2B | par2hw | | | | | 02/01/2015 | 01/31/2018 | | rent | | | | |
| 257-3A | par28w | | | | | 05/01/2017 | 04/30/2018 | | rent | | | | |
| 257-3B | par28w | | | | | 05/01/2017 | 04/30/2018 | | rent | | | | |
| 257-4A | par28w | | | | | 07/01/2017 | 06/30/2019 | | rent | | | | |
| 257-4B | par28w | | | | | 08/01/2017 | 07/31/2019 | | rent | | | | |
| 477-1A | super | | | | | | | | | | | | |
| 477-2A | par38w | | | | | | | | | | | | |
| 477-2B | par1hw | | | | | | | | | | | | |

Rent Roll with Lease Charges

## Rent Roll with Lease Charges

Park Monroe, HDFC
As Of December 01,2018
Property: par
Brooklyn, NY 11233

| Unit | Type | Unit Sq Ft | Name | Lease Type | Move In Date | Lease From | Lease To | Market Rent | Charge Code | Amount | Total Monthly Charges | Resident Deposit | Legal Status |
|------|------|-----------|------|-----------|-------------|-----------|----------|-------------|-------------|--------|----------------------|-----------------|--------------|
| 477-2C | par1hw | | | | | 06/01/2018 | 05/31/2019 | | linc | | | | |
| | | | | | | | | | rent | | | | |
| 477-3A | par3hw | | | | | 12/01/2012 | 12/31/2019 | | rent | | | | |
| | | | | | | | | | nycha | | | | |
| 477-3B | par1hw | | | | | 09/01/2018 | 08/31/2019 | | rent | | | | |
| 477-3C | par18w | | | | | 04/01/2018 | 03/31/2019 | | rent | | | | |
| 477-4A | par3hw | | | | | | | | | | | | |
| 477-4B | par1hw | | | | | | | | | | | | |
| 477-4C | par18w | | | | | | | | | | | | |
| | | | | | | | **Total Amount** | | | 47,242.76 | | | |

# Rent Roll with Lease Charges

Park Monroe, HDFC
As Of December 01,2018
Property: par
Brooklyn, NY 11233

## Summary of Charges by Charge Code (Current/Notice residents only)

| | |
|---|---|
| hpd | 5,758.12 |
| linc | 324.67 |
| nycha | 2,326.40 |
| rent | 38,811.73 |
| security | 21.84 |
| Total | 47,242.76 |

### Summary of Lease Types

| | |
|---|---|
| No Lease Type | 1 |
| N/A | 47 |
| Owner | 1 |
| Stabilized | 5 |
| VACANT | 18 |
| | 72 |