UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re **Northeast Brooklyn Partnership**

Debtor

Case No. **19-40822 (CEC)**

Reporting Period: **September-19**

Federal Tax I.D. #  **11-3061182**

### CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and
submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of
the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | | |
| Balance Sheet | MOR-3 | | |
| Status of Post-petition Taxes | MOR-4 | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | |
| Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Taxes Reconciliation and Aging | MOR-5 | | |
| Payments to Insiders and Professional | MOR-6 | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | | |
| Debtor Questionnaire | MOR-7 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor _____  Date 10-20-19

Signature of Authorized Individual* _____  Date 10-20-19

Printed Name of Authorized Individual  Nathaniel Montgomery  Date 10-20-19

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a
partnership; a manager or member if debtor is a limited liability company.

In re **Northeast Brooklyn Partnership**  Case No. **19-40822 (CEC)**
        Debtor                                                     Reporting Period:   September-19

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.  The beginning cash should be the ending cash from the prior month
or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH -
ACTUAL" column must equal the sum of the four bank account columns.  Attach copies of the bank statements and the cash disbursements journal.
The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be
attached for each account.  [See MOR-1 (CON'T)]

|  | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER | PAYROLL | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING OF MONTH** | $       3,780.00 | | | | |
| **RECEIPTS** | | | | | |
| CASH SALES | | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | $     11,607.88 | | | | |
| LOANS AND ADVANCES | | | | | |
| SALE OF ASSETS | | | | | |
| OTHER *(ATTACH LIST)* | | | | | |
| TRANSFERS *(FROM DIP ACCTS)* | | | | | |
| **TOTAL RECEIPTS** | $     11,607.88 | | | | |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | $            - | | | | |
| PAYROLL TAXES | | | | | |
| SALES, USE, & OTHER TAXES | | | | | |
| INVENTORY PURCHASES | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | |
| INSURANCE | | | | | |
| ADMINISTRATIVE | $            - | | | | |
| SELLING | $            - | | | | |
| OTHER *(ATTACH LIST)* | $     11,177.11 | | | | |
| OWNER DRAW * | | | | | |
| TRANSFERS *(TO DIP ACCTS)* | | | | | |
| PROFESSIONAL FEES | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | $            - | | | | |
| COURT COSTS | | | | | |
| **TOTAL DISBURSEMENTS** | $     11,177.11 | | | | |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | $         430.77 | | | | |
| | | | | | |
| CASH – END OF MONTH | $       4,210.77 | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH  ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | $              11,177.11 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | |

In re **Northeast Brooklyn Partnership**          Case No. **19-40822 (CEC)**
     **Debtor**                              Reporting Period:     **September-19**

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

|  | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
|  | # | # | # | # |
| **BALANCE PER BOOKS** | $          3,649.46 |  |  |  |
| **BANK BALANCE** | $          4,210.77 |  |  |  |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | $                    - |  |  |  |
| (-)  OUTSTANDING CHECKS *(ATTACH LIST)* : | $             561.31 |  |  |  |
| OTHER  *(ATTACH EXPLANATION)* |  |  |  |  |
| **ADJUSTED BANK BALANCE \*** | $          3,649.46 |  |  |  |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| NEBHDCO | 115 | $             561.31 |  |  |
|  |  | $                    - |  |  |
|  |  | $                    - |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**OTHER**

_____
_____
_____
_____
_____

In re **Northeast Brooklyn Partnership**
    Debtor

Case No. **19-40822 (CEC)**
Reporting Period:    **September-19**

### STATEMENT OF OPERATIONS  (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | | CUMULATIVE -FILING TO DATE |
|---|---|---|---|
| Gross Revenues | $ | 11,607.88 | $    151,353.45 |
| Less:  Returns and Allowances | $ | - | $ |
| Net Revenue | $ | 11,607.88 | $    151,353.45 |
| **COST OF GOODS SOLD** | | | |
| Beginning Inventory | | | |
| Add: Purchases | | | |
| Add: Cost of Labor | | | |
| Add: Other Costs *(attach schedule)* | | | |
| Less:  Ending Inventory | | | |
| Cost of Goods Sold | | | |
| Gross Profit | | | |
| **OPERATING EXPENSES** | | | |
| Advertising | | | |
| Auto and Truck Expense | | | |
| Bad Debts | | | |
| Contributions | | | |
| Employee Benefits Programs | | | |
| Officer/Insider Compensation* | | | |
| Insurance | $ | - | $    12,937.66 |
| Management Fees/Bonuses | $ | - | $    8,326.83 |
| Office Expense | | | |
| Pension & Profit-Sharing Plans | | | |
| Repairs and Maintenance | $ | - | $    16,275.50 |
| Rent and Lease Expense | | | |
| Salaries/Commissions/Fees | $ | - | $    25,247.28 |
| Supplies | $ | - | $    781.34 |
| Taxes - Payroll | | | |
| Taxes - Real Estate | | | |
| Taxes - Other | | | |
| Travel and Entertainment | | | |
| Utilities | $ | 11,177.11 | $    32,063.19 |
| Other *(attach schedule)* | $ | - | $    9,502.71 |
| Total Operating Expenses Before Depreciation | $ | 11,177.11 | $    105,134.51 |
| Depreciation/Depletion/Amortization | | | |
| Net Profit (Loss) Before Other Income & Expenses | $ | 430.77 | $    46,218.94 |
| **OTHER INCOME AND EXPENSES** | | | |
| Other Income *(attach schedule)* | | | |
| Interest Expense | | | |
| Other Expense *(attach schedule)* | | | |
| Net Profit (Loss) Before Reorganization Items | | | |

| REORGANIZATION ITEMS | | | | |
|---|---|---|---|---|
| Professional Fees | $ | 31,258.37 | $ | 237,573.89 |
| U. S. Trustee Quarterly Fees | $ | - | $ | 1,328.00 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | | | |
| Gain (Loss) from Sale of Equipment | | | | |
| Other Reorganization Expenses *(attach schedule)* | | | | |
| Total Reorganization Expenses | | | | |
| Income Taxes | | | | |
| Net Profit (Loss) | $ | (30,827.60) | $ | (192,682.95) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

OTHER COSTS

| Yardi Systems | $ | - | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**

Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

**In re Northeast Brooklyn Partnership**  Case No.  **19-40822 (CEC)**
 Debtor  Reporting Period:  September-19

### BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| *CURRENT ASSETS* | | | |
| Unrestricted Cash and Equivalents | $ 4,210.77 | $ 3,780.00 | $ 47,342.80 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | $ - | | $ 69,423.49 |
| Notes Receivable | | | |
| Inventories | | | |
| Prepaid Expenses | | | $ 2,235.00 |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | | | $ 17,903.47 |
| *TOTAL CURRENT ASSETS* | $ 4,210.77 | $ 3,780.00 | $ 136,904.76 |
| *PROPERTY & EQUIPMENT* | | | |
| Real Property and Improvements | $ 3,569,426.58 | $ 3,569,426.58 | 8,734,000.00 |
| Machinery and Equipment | $ 24,288.18 | $ 24,288.18 | |
| Furniture, Fixtures and Office Equipment | $ 18,642.95 | $ 18,642.95 | |
| Land & Oganizational Costs | $ 9,499.42 | $ 9,499.42 | |
| Vehicles | | | |
| Less: Accumulated Depreciation | | | |
| *TOTAL PROPERTY & EQUIPMENT* | $ 3,621,857.13 | $ 3,621,857.13 | $ 8,734,000.00 |
| *OTHER ASSETS* | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)* | | | |
| *TOTAL OTHER ASSETS* | | | |
| *TOTAL ASSETS* | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | |
| Accounts Payable | $ - | | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Wages Payable | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | $ 31,258.37 | $ 39,504.26 | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| *TOTAL POST-PETITION LIABILITIES* | $ 31,258.37 | $ 39,504.26 | |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | |
| Secured Debt | $ 2,848,843.00 | $ 2,848,843.00 | $ 2,848,843.00 |
| Priority Debt | | | |
| Unsecured Debt | $ 284,240.55 | $ 284,240.55 | $ 284,240.55 |
| *TOTAL PRE-PETITION LIABILITIES* | $ 3,133,083.55 | $ 3,133,083.55 | $ 3,133,083.55 |
| *TOTAL LIABILITIES* | $ 3,621,857.13 | $ 3,621,857.13 | $ 3,133,083.55 |
| *OWNERS' EQUITY* | | | |
| Capital Stock | | | |
| Additional Paid-In Capital | | | |
| Partners' Capital Account | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | | | |
| Retained Earnings - Post-petition | | | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions *(attach schedule)* | | | |
| *NET OWNERS' EQUITY* | | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash:   Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

**In re** Northeast Brooklyn Partnership          Case No. 19-40822 (CEC)
    **Debtor**                    **Reporting Period:** September-19

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the
amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
|   Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | $        - | | | | | |
| Personal Property | | | | | | |
| Other:_____ | | | | | | |
|   Total State and Local | | | | | | |
| | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | $        - | | | | | |
| Professional Fees | $  237,573.89 | | | | | $  237,573.89 |
| Amounts Due to Insiders | | | | | | |
| Other:_____ | | | | | | |
| Other:_____ | | | | | | |
| **Total Post-petition Debts** | $  237,573.89 | | | | | $  237,573.89 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____

_____

In re **Northeast Brooklyn Partnership**                    Case No. **19-40822 (CEC)**
    Debtor                                        Reporting Period:      **September-19**

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ 30,653.72 |
| Plus:  Amounts billed during the period | $ 11,607.88 |
| Less:  Amounts collected during the period | $ 11,607.88 |
| Total Accounts Receivable at the end of the reporting period | $ - |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | $ - | | | | |
| 31 - 60 days old | $ - | | | | |
| 61 - 90 days old | $ - | | | | |
| 91+ days old | $ 30,653.72 | | | | |
| Total Accounts Receivable | $ 30,653.72 | | | | |
| Less:  Bad Debts (Amount considered uncollectible) | | | | | |
| Net Accounts Receivable | $ 30,653.72 | | | | |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | | | | | |

In re **Northeast Brooklyn Partnership**             **Case No. 19-40822 (CEC)**
    Debtor                      **Reporting Period:**    **September-19**

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals.  For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.).  Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
### AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

In re **Northeast Brooklyn Partnership**　　　　　　　　　Case No. **19-40822 (CEC)**
　　　Debtor　　　　　　　　　　　　　　　　　Reporting Period:　　**September-19**

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 Are any post petition payroll taxes past due? | | X |
| 9 Are any post petition State or Federal income taxes past due? | | X |
| 10 Are any post petition real estate taxes past due? | | X |
| 11 Are any other post petition taxes past due? | | X |
| 12 Have any pre-petition taxes been paid during this reporting period? | | X |
| 13 Are any amounts owed to post petition creditors delinquent? | | X |
| 14 Are any wage payments past due? | | X |
| 15 Have any post petition loans been been received by the Debtor from any party? | | X |
| 16 Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

## ATTACHMENT TO SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| Date | Transaction Number | Payee | Amount | Date Cleared |
|------|--------------------|-------|--------|--------------|
| 09/04/2019 | 090419 | National Grid | $507.44 | 09/04/2019 |
| 09/05/2019 | 090519 | National Grid | $1,236.00 | 09/05/2019 |
| 09/05/2019 | 090519 | National Grid | $1,000.00 | 09/05/2019 |
| 09/09/2019 | 090919 | ConEdison | $1,071.59 | 09/09/2019 |
| 09/09/2019 | 090619 | ConEdison | $1,057.53 | 09/09/2019 |
| 09/09/2019 | 090919 | ConEdison | $671.68 | 09/09/2019 |
| 09/09/2019 | 090919 | ConEdison | $636.94 | 09/09/2019 |
| 09/23/2019 | 092319 | National Grid | $2,800.00 | 09/23/2019 |
| 09/23/2019 | 092319 | National Grid | $662.34 | 09/23/2019 |
| 09/23/2019 | 092319 | National Grid | $492.56 | 09/23/2019 |
| 09/23/2019 | 092319 | National Grid | $354.81 | 09/23/2019 |
| 09/23/2019 | 092319 | National Grid | $330.00 | 09/23/2019 |
| 09/23/2019 | 092319 | National Grid | $73.49 | 09/23/2019 |
| 09/23/2019 | 092319 | National Grid | $72.53 | 09/23/2019 |
| 09/24/2019 | 092419 | National Grid | $17.33 | 09/24/2019 |
|  |  |  |  |  |
|  |  |  |  |  |
|  | **Total** |  | **$11,177.11** |  |
|  |  |  |  |  |

# Capital One Bank

## MANAGE YOUR CASH
**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

NORTHEAST BROOKLYN PARTNERSHIP
DEBTOR-IN-POSSESSION CASE NO 19-40822
EASTERN DISTRICT OF NY
132 RALPH AVE
BROOKLYN NY  11233

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD  SEPTEMBER 01, 2019  -  SEPTEMBER 30, 2019

**NORTHEAST BROOKLYN PARTNERSHIP**

| Commercial Checking ███████1398 | | | |
|---|---|---|---|
| Previous Balance  08/31/19 | $3,780.00 | Number of Days in Cycle | 30 |
| 10 Deposits/Credits | $11,607.88 | Minimum Balance This Cycle | $1,557.60 |
| 16 Checks/Debits | ($11,177.11) | Average Collected Balance | $3,930.50 |
| Service Charges | $0.00 | | |
| Ending Balance 09/30/19 | $4,210.77 | | |

## ACCOUNT DETAIL    FOR PERIOD  SEPTEMBER 01, 2019  -  SEPTEMBER 30, 2019

**NORTHEAST BROOKLYN PARTNERSHIP**

| Commercial Checking ███████1398 | | | |
|---|---|---|---|

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 09/04 | ACH deposit Northeasr Brookl Settlement 090419 Northeast Brooklyn Hou ***********3017 | $816.34 | | $4,596.34 |
| 09/04 | ACH Withdrawal NATIONAL GRID NY UTILITYPAY 090419  Northeast Brooklyn, L 00251335598 | | $507.44 | $4,088.90 |
| 09/05 | ACH Withdrawal NATIONAL GRID NY UTILITYPAY 090519 NORTHEAST BKLYN pship  00264725161 | | $1,236.20 | $2,852.70 |
| 09/05 | ACH Withdrawal NATIONAL GRID NY UTILITYPAY 090519 N.EAST BKLYN PARTNERSH 00251335601 | | $1,000.00 | $1,852.70 |
| 09/06 | TRANSFER DEPOSIT FROM ...1392 | $2,000.00 | | $3,852.70 |
| 09/06 | ACH deposit Northeasr Brookl Settlement 090619 Northeast Brooklyn Hou ***********6057 | $1,335.31 | | $5,188.01 |
| 09/09 | ACH Withdrawal CON ED OF NY     INTELL CK 090919 NORTHEAST BROOKLYN PAR ***********0011 | | $1,071.59 | $4,116.42 |

*Thank you for banking with us.*

PAGE 1 OF 4

Products and services are offered by Capital One, N.A., Member FDIC.
©2019 Capital One. All rights reserved.



# MANAGE YOUR CASH

**CASH MANAGEMENT I CHECKING I MONEY MARKET I CDs I LOANS**

NORTHEAST BROOKLYN PARTNERSHIP
DEBTOR-IN-POSSESSION CASE NO 19-40822
EASTERN DISTRICT OF NY

## ACCOUNT DETAIL    CONTINUED FOR PERIOD  SEPTEMBER 01, 2019  -  SEPTEMBER 30, 2019

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 09/09 | ACH Withdrawal CON ED OF NY    INTELL CK 090919 NORTHEAST BROOKLYN PAR ***********0015 | | $1,057.53 | $3,058.89 |
| 09/09 | ACH Withdrawal CON ED OF NY    INTELL CK 090919 NORTHEAST BROOKLYND.I. ***********0027 | | $671.68 | $2,387.21 |
| 09/09 | ACH Withdrawal CON ED OF NY    INTELL CK 090919 NORTHEAST BROOKLYN PAR ***********0012 | | $636.94 | $1,750.27 |
| 09/09 | ACH Withdrawal CON ED OF NY    INTELL CK 090919 MORTHEAST BROOKLYNPART ***********5016 | | $192.67 | $1,557.60 |
| 09/16 | ACH deposit Northeasr Brookl Settlement 091619 Northeast Brooklyn Hou ***********9133 | $4,864.23 | | $6,421.83 |
| 09/18 | ACH deposit Northeasr Brookl Settlement 091819 Northeast Brooklyn Hou ***********7141 | $190.00 | | $6,611.83 |
| 09/20 | ACH deposit Northeasr Brookl Settlement 092019 Northeast Brooklyn Hou ***********2301 | $570.00 | | $7,181.83 |
| 09/23 | ACH deposit Northeasr Brookl Settlement 092319 Northeast Brooklyn Hou ***********3677 | $272.08 | | $7,453.91 |
| 09/23 | ACH Withdrawal NATIONAL GRID NY UTILITYPAY 092319 N.EAST BKLYN PARTNERSH 00251335601 | | $2,800.00 | $4,653.91 |
| 09/23 | ACH Withdrawal NATIONAL GRID NY UTILITYPAY 092319 Northeast Brooklyn Psh 00264724001 | | $662.34 | $3,991.57 |
| 09/23 | ACH Withdrawal NATIONAL GRID NY UTILITYPAY 092319  Northeast Brooklyn, L 00251335598 | | $492.56 | $3,499.01 |
| 09/23 | ACH Withdrawal NATIONAL GRID NY UTILITYPAY 092319 Northeast Brooklyn Psh 00251337711 | | $354.81 | $3,144.20 |
| 09/23 | ACH Withdrawal NATIONAL GRID NY UTILITYPAY 092319 Northeast Brooklyn, LP 00251335611 | | $330.00 | $2,814.20 |
| 09/23 | ACH Withdrawal NATIONAL GRID NY UTILITYPAY 092319 Northeast Brooklyn Psh 00251337721 | | $73.49 | $2,740.71 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2019 Capital One. All rights reserved.



ACCOUNT DETAIL   CONTINUED FOR PERIOD SEPTEMBER 01, 2019  -  SEPTEMBER 30, 2019

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 09/23 | ACH Withdrawal NATIONAL GRID NY UTILITYPAY 092319 Northeast Brooklyn Psh 00264723991 | | $72.53 | $2,668.18 |
| 09/24 | ACH deposit Northeasr Brookl Settlement 092419 Northeast Brooklyn Hou ***********3469 | $138.50 | | $2,806.68 |
| 09/24 | ACH Withdrawal NATIONAL GRID NY UTILITYPAY 092419 N.EAST BKLYN PARTNERSH 00251335601 | | $17.33 | $2,789.35 |
| 09/26 | ACH deposit Northeasr Brookl Settlement 092619 Northeast Brooklyn Hou ***********2209 | $734.60 | | $3,523.95 |
| 09/30 | ACH deposit THE CITY OF NEW  Payments 093019 00070000573796 ***********2158 | $686.82 | | $4,210.77 |
| **Total** | | $11,607.88 | $11,177.11 | |

| | Total For This Period | Total Year-to-Date |
|------|-----------------------|--------------------|
| Total Overdraft Fees | $0.00 | $140.00 |
| Total NSF Fees | $0.00 | $0.00 |

10/10/2019

## Northeast Brooklyn Partnership

### Bank Reconciliation Report

### 9/30/2019

▉1398

**Posted by: ebrown   on 10/10/2019**

**Balance Per Bank Statement as of 9/30/2019**                                      **4,210.77**

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 6/13/2019 | 115 | nebhdco - NEBHDCo | 561.31 |
| **Less:** | **Outstanding Checks** | | **561.31** |
| | **Reconciled Bank Balance** | | **3,649.46** |

**Balance per GL as of 9/30/2019**                                      **3,649.46**

**Reconciled Balance Per G/L**                                      **3,649.46**

**Difference**          (Reconciled Bank Balance And Reconciled Balance Per G/L)          **0.00**

**Northeast Brooklyn Partnership**

10/10/2019

**Bank Reconciliation Report**

**9/30/2019**

████1398

**Posted by: ebrown   on 10/10/2019**

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 9/3/2019 | 931925161 | ngrid - National Grid | 1,236.20 | 9/30/2019 |
| 9/3/2019 | 931935601 | ngrid - National Grid | 1,000.00 | 9/30/2019 |
| 9/6/2019 | 217977758 | coned - ConEdison | 1,057.53 | 9/30/2019 |
| 9/6/2019 | 217978878 | coned - ConEdison | 671.68 | 9/30/2019 |
| 9/6/2019 | 217978969 | coned - ConEdison | 636.94 | 9/30/2019 |
| 9/6/2019 | 217979055 | coned - ConEdison | 192.67 | 9/30/2019 |
| 9/6/2019 | 217979102 | coned - ConEdison | 1,071.59 | 9/30/2019 |
| 9/17/2019 | 9171923991 | ngrid - National Grid | 72.53 | 9/30/2019 |
| 9/17/2019 | 9171924001 | ngrid - National Grid | 662.34 | 9/30/2019 |
| 9/17/2019 | 9171935611 | ngrid - National Grid | 330.00 | 9/30/2019 |
| 9/17/2019 | 9171937711 | ngrid - National Grid | 354.81 | 9/30/2019 |
| 9/17/2019 | 9171937721 | ngrid - National Grid | 73.49 | 9/30/2019 |
| 9/23/2019 | 9041935598 | ngrid - National Grid | 507.44 | 9/30/2019 |
| 9/23/2019 | 9231935598 | ngrid - National Grid | 492.56 | 9/30/2019 |
| 9/23/2019 | 9231935601 | ngrid - National Grid | 2,800.00 | 9/30/2019 |
| 9/24/2019 | 9231935601 | ngrid - National Grid | 17.33 | 9/30/2019 |

**Total Cleared Checks** — **11,177.11**

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 9/1/2019 | 46 | | 686.82 | 9/30/2019 |
| 9/3/2019 | 35 | :CHECKscan Deposit | 816.34 | 9/30/2019 |
| 9/5/2019 | 36 | :CHECKscan Deposit | 1,335.31 | 9/30/2019 |
| 9/12/2019 | 38 | :CHECKscan Deposit | 4,864.23 | 9/30/2019 |
| 9/17/2019 | 39 | :CHECKscan Deposit | 190.00 | 9/30/2019 |
| 9/19/2019 | 40 | :CHECKscan Deposit | 570.00 | 9/30/2019 |
| 9/21/2019 | 2 | :ACH Deposit | 272.08 | 9/30/2019 |
| 9/23/2019 | 41 | :CHECKscan Deposit | 138.50 | 9/30/2019 |
| 9/25/2019 | 42 | :CHECKscan Deposit | 734.60 | 9/30/2019 |

**Total Cleared Deposits** — **9,607.88**

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 9/6/2019 | JE 29912 | Transfer | 2,000.00 | 9/30/2019 |

**Total Cleared Other Items** — **2,000.00**



# MANAGE YOUR CASH

**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

NORTHEAST BROOKLYN PARTNERSHIP
DEBTOR-IN-POSSESSION CASE NO 19-40822
EASTERN DISTRICT OF NY/UTILITY ACCOUNT
132 RALPH AVE
BROOKLYN NY  11233

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD  SEPTEMBER 01, 2019  -  SEPTEMBER 30, 2019

**NORTHEAST BROOKLYN PARTNERSHIP**

**Commercial Checking** ██████1389

| | | | |
|---|---|---|---|
| Previous Balance  08/31/19 | $4,675.00 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $4,675.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $4,675.00 |
| Service Charges | $0.00 | | |
| Ending Balance 09/30/19 | $4,675.00 | | |

## ACCOUNT DETAIL    FOR PERIOD  SEPTEMBER 01, 2019  -  SEPTEMBER 30, 2019

**NORTHEAST BROOKLYN PARTNERSHIP**

**Commercial Checking** ██████1389

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 09/01 | | | | $4,675.00 |
| | No Account Activity this Statement Period | | | |
| 09/30 | | | | $4,675.00 |
| *Total* | | $0.00 | $0.00 | |
| No Items Processed | | | | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2019 Capital One. All rights reserved.

MEMBER FDIC

EQUAL HOUSING LENDER

10/10/2019

# Northeast Brooklyn Partnership

## Bank Reconciliation Report

## 9/30/2019

████1389

**Posted by: ebrown   on 10/10/2019**

| | |
|---|---:|
| **Balance Per Bank Statement as of 9/30/2019** | 4,675.00 |
| **Reconciled Bank Balance** | 4,675.00 |
| | |
| **Balance per GL as of 9/30/2019** | 4,675.00 |
| **Reconciled Balance Per G/L** | 4,675.00 |
| | |
| **Difference**   (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

## Rent Roll with Lease Charges

Northeast Brooklyn, LP
As Of December 01,2018
Property: nor
Brooklyn, NY 11233

| Unit | Type | Unit Sq Ft | Name | Lease Type | Move In Date | Lease From | Lease To | Market Rent | Charge Code | Amount | Total Monthly Charges | Resident Deposit | Legal Status |
|------|------|-----------|------|-----------|-------------|-----------|----------|------------|------------|--------|----------------------|-----------------|--------------|
| 399-1A | nor26w | | | | | 02/01/2017 | 01/31/2019 | | rent | | | | |
| 399-1B | nor26w | | | | | 05/01/2017 | 04/30/2018 | | rent | | | | |
| 399-1C | nor06w | | | | | 12/17/2017 | 12/16/2019 | | rent | | | | |
| 399-2A | nor06w | | | | | 01/01/2017 | 12/31/2018 | | rent | | | | |
| 399-2B | nor26w | | | | | 12/01/2018 | 11/30/2019 | | rent | | | | |
| | | | | | | | | | security | | | | |
| 399-2C | nor2hw | | | | | 11/01/2017 | 10/31/2019 | | rent | | | | |
| 399-3A | nor1hw | | | | | 07/01/2018 | 06/30/2020 | | rent | | | | |
| 399-3B | nor26w | | | | | 06/01/2018 | 05/31/2019 | | rent | | | | |
| 399-3C | nor2hw | | | | | 05/01/2017 | 04/30/2019 | | rent | | | | |
| | | | | | | | | | hpd | | | | |
| 399-4A | nor0hw | | | | | 11/01/2017 | 10/31/2018 | | rent | | | | |
| 399-4B | nor26w | | | | | 06/01/2018 | 05/31/2020 | | rent | | | | |
| 399-4C | nor26w | | | | | 04/01/2017 | 03/31/2019 | | rent | | | | |
| 403-1A | nor16w | | | | | 02/01/2017 | 01/31/2019 | | rent | | | | |
| 403-1B | nor26w | | | | | | | | | | | | |
| 403-1C | nor1hw | | | | | 05/01/2017 | 04/30/2019 | | rent | | | | |
| 403-1D | nor16w | | | | | 10/01/2017 | 09/30/2019 | | rent | | | | |
| 403-2A | nor36w | | | | | 06/01/2018 | 05/31/2020 | | rent | | | | |
| 403-2B | nor26w | | | | | 07/01/2017 | 06/30/2019 | | rent | | | | |
| 403-2C | nor26w | | | | | 11/21/2018 | 11/20/2020 | | rent | | | | |
| | | | | | | | | | security | | | | |
| 403-3A | nor36w | | | | | | | | | | | | |
| 403-3B | nor26w | | | | | 05/01/2017 | 04/30/2019 | | rent | | | | |
| 403-3C | nor26w | | | | | 04/01/2017 | 03/31/2019 | | rent | | | | |
| 403-4A | nor36w | | | | | 05/01/2017 | 04/30/2019 | | rent | | | | |
| 403-4B | nor26w | | | | | 04/01/2018 | 03/31/2020 | | rent | | | | |
| 403-4C | nor26w | | | | | 02/01/2018 | 01/31/2019 | | rent | | | | |
| 409-1A | nor16w | | | | | 05/01/2017 | 04/30/2019 | | rent | | | | |
| 409-2B | nor16w | | | | | 06/01/2018 | 05/31/2020 | | rent | | | | |
| 409-3C | nor16w | | | | | 06/01/2017 | 05/31/2019 | | rent | | | | |
| 671-1A | nor0hw | | | | | | | | | | | | |
| 671-1B | nor26w | | | | | 05/01/2018 | 04/30/2020 | | rent | | | | |
| 671-2A | nor0hw | | | | | 11/01/2017 | 10/31/2019 | | rent | | | | |
| 671-2B | nor36w | | | | | 02/01/2018 | 01/31/2020 | | rent | | | | |
| 671-3A | nor0hw | | | | | 10/01/2017 | 09/30/2019 | | rent | | | | |
| 671-3B | nor3hw | | | | | 11/11/2017 | 11/10/2019 | | rent | | | | |
| 675-1A | nor0hw | | | | | 07/01/2018 | 06/30/2019 | | rent | | | | |
| 675-1B | nor26w | | | | | 05/01/2017 | 04/30/2019 | | rent | | | | |

# Rent Roll with Lease Charges

Northeast Brooklyn, LP
As Of December 01,2018
Property: nor
Brooklyn, NY 11233

| Unit | Type | Unit Sq Ft | Name | Lease Type | Move In Date | Lease From | Lease To | Market Rent | Charge Code | Amount | Total Monthly Charges | Resident Deposit | Legal Status |
|------|------|-----------|------|-----------|-------------|-----------|----------|-------------|------------|--------|----------------------|-----------------|--------------|
| 675-2A | nor0hw | | | | | 01/01/2019 | 12/31/2020 | | rent | | | | |
| 675-2B | nor36w | | | | | 03/01/2017 | 02/28/2019 | | rent | | | | |
| | | | | | | | | | rent | | | | |
| 675-3A | nor0hw | | | | | 04/01/2018 | 03/31/2020 | | rent | | | | |
| | | | | | | | | | scrie | | | | |
| 675-3B | nor36w | | | | | | | | | | | | |

|  |  | **Total Amount** | | **26,998.41** |
|--|--|--|--|--|

# Rent Roll with Lease Charges

Northeast Brooklyn, LP

As Of December 01,2018

Property: nor

Brooklyn, NY 11233

## Summary of Charges by Charge Code (Current/Notice residents only)

| | |
|---|---|
| hpd | 769.82 |
| rent | 26,307.80 |
| scrie | (110.00) |
| security | 30.79 |
| Total | 26,998.41 |

### Summary of Lease Types

| | |
|---|---|
| N/A | 34 |
| Owner | 1 |
| Stabilized | 2 |
| VACANT | 3 |
| | 40 |