ARCHER & GREINER, P.C.  
630 Third Avenue  
New York, New York 10017  
Tel: (212) 682-4940  
Allen G. Kadish  
Harrison H.D. Breakstone  
Email: akadish@archerlaw.com  
        hbreakstone@archerlaw.com  

Hearing Date: November 13, 2019  
Hearing Time: 2:30 P.M.  

*Counsel for Northeast Brooklyn Partnership,*  
*Debtor and Debtor-in-Possession*  

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
-----------------------------------------------------------x  

In re:  

PARK MONROE HOUSING DEVELOPMENT  
   FUND CORPORATION, *et al.,*  

       Debtors.  

-----------------------------------------------------------x  

Chapter 11  

Case No. 1-19-40820 (CEC)  
(Jointly Administered)  

# EXHIBIT A TO
# DECLARATION OF JEFFREY E. DUNSTON
# IN SUPPORT OF CONFIRMATION OF AMENDED
# <u>CHAPTER 11 PLAN OF NORTHEAST BROOKLYN PARTNERSHIP</u>

## In re Northeast Brooklyn Partnership, Chapter 11 Case No. 19-40822
### Schedule of Claims/Proposed Uses (Estimates/Assumptions)  **DRAFT**

| SOURCES | | AMOUNT |
|---|---|---|
| Sale | | **$4,300,000.00** |

| USES | As of February 11, 2019 | Interest Rate | As of December 11, 2019 |
|---|---|---|---|
| *Secured Creditors Claims: [100 cents on the Dollar]* | | | |
| NYC Department of Housing Preservation & Development | $2,701,622.14 | 16.00% | $2,978,486.08 |
| NYC Department of Housing Preservation & Development | $486,621.33 | 16.00% | $540,911.90 |
| NYC Department of Finance | $93,596.97 | 18.25% | $107,831.51 |
| NYC Department of Finance | $2,740.56 | 1.14% | $2,766.60 |
| NYC Office of Administrative Trials and Hearings | $400.00 | 9.00% | $430.00 |
| NYC Water Board | $88,819.14 | 7.00% | $94,000.26 |
| NYC Commissioner of Finance | $485.41 | 2.35% | $494.92 |
| IRS (*) | $0.00 | | $0.00 |
| | | | Subtotal = $3,724,921.26 |
| *Administrative Professional Claims: [100 cents on the Dollar]* | | | |
| Archer & Greiner, P.C. (Counsel) | $0.00 | | $350,000.00 |
| Sperber, Denenberg & Kahan LLP (Landlord-Tenant Counsel) | $0.00 | | $5,000.00 |
| Abrams Fensterman (Real Estate Transactional Counsel) | $0.00 | | $26,000.00 |
| Office of the U.S. Trustee Fee | $0.00 | | $44,000.00 |
| CPEX Real Estate Broker Fee | $0.00 | | $86,000.00 |
| | | | Subtotal = $511,000.00 |
| *General Unsecured Claims: [~30 cents on the Dollar]* | | | |
| Advantage Wholesale Supply | $7,645.20 | | $2,501.80 |
| All County Sewer & Drain, Inc. | $530.76 | | $173.68 |
| Anthony Installation Inc. | $1,130.40 | | $369.91 |
| B & M Utica Ave. Locksmith Inc. | $272.19 | | $89.07 |
| Borinquen Exterminatinc Company Inc. | $600.00 | | $196.34 |
| BXTERMINATOR | $1,435.16 | | $469.64 |
| CohnReznick LLP | $10,425.00 | | $3,411.45 |
| Con Ed | $2,042.29 | | $668.31 |
| E & S Maintenance | $6,009.80 | | $1,966.63 |
| Eldon V Lessie | $2,759.00 | | $902.85 |
| Ever-Ready Fire Sprinkler, Inc | $900.00 | | $294.51 |
| Falcon Power Installers | $1,350.95 | | $442.08 |
| Frank Kennedy, R.A. | $500.00 | | $163.62 |
| Hartford Steam Boiler | $140.00 | | $45.81 |
| Ivan Armstrong | $12,646.00 | | $4,138.24 |
| J.Alam Home Improvement, Inc. | $6,200.00 | | $2,028.87 |
| Leema Plumbing & Heating | $240.00 | | $78.54 |
| MDG Design & Construction LLC (*) | $0.00 | | $0.00 |
| Mobilink Wireless | $182.28 | | $59.65 |
| National Grid | $13,012.91 | | $4,258.31 |
| NEBHDCo (+) | $79,793.75 | | $26,111.49 |
| New York Water Management | $4,002.05 | | $1,309.62 |
| Raymond Ballard Apartments HDFC (+) | $10,000.00 | | $3,272.37 |
| Rosenblum and Bianco | $17,174.53 | | $5,620.15 |
| S.D.L. Appliance Repair Service | $5,128.03 | | $1,678.08 |
| SiteCompli, LLC | $3,363.50 | | $1,100.66 |
| Sperber Denenberg & Kahan, P.C. [Pre-Petiton] | $3,807.50 | | $1,245.96 |
| Superior Maintenance Supply | $4,526.02 | | $1,481.08 |
| Subtotal = | $195,817.32 | Subtotal = | $64,078.73 |
| **PROJECTED TOTAL =** | **$3,570,102.87** | | **$4,299,999.99** |

*PROJECTED ALLOWED CLAIMS; ALL RIGHTS RESERVED; ALL NUMBERS ARE ESTIMATES SUBJECT TO VERIFICATION AND RECONCILIATION AS OF CLOSING.*
*(+) DENOTES AN AFFILIATE OF THE DEBTOR*
*(*) PROVIDED DOCUMENTATION SHOWING NO AMOUNTS OWED ON THE PETITION DATE*