ARCHER & GREINER, P.C.                          Hearing Date: November 13, 2019
630 Third Avenue                                Hearing Time: 2:30 P.M.
New York, New York 10017
Tel: (212) 682-4940
Allen G. Kadish
Harrison H.D. Breakstone
Email: akadish@archerlaw.com
       hbreakstone@archerlaw.com

*Counsel for Park Monroe Housing Development
Fund Corporation, Northeast Brooklyn Partnership
and 984-988 Greene Avenue Housing Development
Fund Corporation, Debtors and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re:                                          Chapter 11

PARK MONROE HOUSING DEVELOPMENT                 Case No. 1-19-40820 (CEC)
   FUND CORPORATION, *et al.,*                  (Jointly Administered)

              Debtors.

----------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON
NOVEMBER 13, 2019 AT 2:30 P.M.**

**MATTER**                                                      **STATUS**

1. *Amended Chapter 11 Plan of Northeast Brooklyn Partnership*   ***Confirmation Hearing***
   [Docket No. 177]                                              ***Going Forward; No***
                                                                 ***Objections Filed.***

   **Related Documents**:

   *Amended Disclosure Statement in Support of Chapter 11 Plan
   of Northeast Brooklyn Partnership* [Docket No. 176]

   *Order (i) Approving Amended Disclosure Statement; (ii)
   Approving Form and Manner of Notices and Ballots; (iii)
   Approving Solicitation Materials and Solicitation Procedures;
   (iv) Fixing a Record Date and Establishing Deadlines; (v)
   Approving Seller Protections; and (vi) Scheduling Hearing on
   Confirmation of Amended Plan* [Docket No. 178]

| **MATTER** | **STATUS** |
|---|---|

*Affidavit of Service of Solicitation Package to all known holders of Class 4 Claims, filed on behalf of Northeast Brooklyn Partnership* [Docket No. 181]

*Affidavit of Service of Solicitation Packages filed on behalf of Northeast Brooklyn Partnership* [Docket No. 182]

*Northeast Brooklyn Partnership's Memorandum of Law in Support of Confirmation of Amended Chapter 11 Plan* [Docket No. 188]

*Declaration of Jeffrey E. Dunston in Support of Confirmation of Amended Chapter 11 Plan of Northeast Brooklyn Partnership* [Docket No. 189] and *Exhibit A to Declaration of Jeffrey E. Dunston in Support of Confirmation of Amended Chapter 11 Plan of Northeast Brooklyn Partnership* [Docket No. 190]

*Certification of Balloting* [Docket No. 191]

2. *Motion of Park Monroe Housing Development Fund Corporation, Northeast Brooklyn Partnership, and 984-988 Greene Avenue Housing Development Fund Corporation for Interim and Final Orders (i) Authorizing the Use of Cash Collateral, (ii) Granting Adequate Protection, and (iii) Scheduling a Final Hearing* [Docket No. 22]

*Interim Order submitted on agreed basis. Proposed final hearing scheduled for December 11, 2019 at 2:00 p.m.*

   **Objections**:

   *Tenants' Limited Objection to Debtors' Cash Collateral Motion* [Docket No. 43]

   *Objection of City of New York to Debtors' Motions for Interim and Final Orders Authorizing Use of Cash Collateral, Granting Adequate Protection and Scheduling a Final Hearing* [Docket No. 44]

   *Supplement to Tenants' Limited Objection to Debtors' Cash Collateral Order* [Docket No. 69]

| **MATTER** | **STATUS** |
|---|---|

**Response:**

*Debtors' Response to the Objections of the Objecting Tenants and the City of New York to Debtors' Motion, for Interim and Final Orders (i) Authorizing the Use of Cash Collateral, (ii) Granting Adequate Protection, and (iii) Scheduling a Final Hearing* [Docket No. 47]

3.  Status Conference                                                                              *Going Forward*


Dated:  New York, New York                    ARCHER & GREINER, P.C.
        November 12, 2019


                                      By:    s/ Allen G. Kadish
                                          Allen G. Kadish
                                          Harrison H.D. Breakstone
                                630 Third Avenue
                                New York, New York 10017
                                Tel:   (212) 682-4940
                                Email: akadish@archerlaw.com
                                              hbreakstone@archerlaw.com

                                *Counsel for Park Monroe Housing Development Fund Corporation, Northeast Brooklyn Partnership and 984-988 Greene Avenue Housing Development Fund Corporation, Debtors and Debtors-in-Possession*