

U.S. Department of Justice
Office of the United States Trustee
Region 2

Eastern District of New York

IN RE:                                          } CHAPTER 11
                                                }
PARK MONROE HOUSING DEVELOPMENT                 } CASE NO. 19-40280 (CEC)
  FUND CORPORATION,                             }
                                                }
     DEBTOR.                                    }

# NORTHEAST BROOKLYN PARTNERSHIP'S POST-CONFIRMATION MONTHLY OPERATING REPORT FOR THE PERIOD
FROM 12/1/2019   TO 12/31/2019

Comes now the above-named debtor and files its Post-Confirmation Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

**In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed:: _[signature]_                          Date: 1/20/2020

Nathaniel Montgomery
    Print Name

Authorization Signatory
    Title


Debtor's Address                                Attorney's Address
and Phone Number:                               and Phone Number:
                                                 Allen G. Kadish
132 Ralph Avenue                                 630 Third Avenu
Brooklyn, NY 11233                               New York, NY 10017
                                                Bar No. 2235315
Tel. _718-453-9490_                             Tel. (212) 682-4940

Note: The original Monthly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

**MONTHLY OPERATING REPORT -**     **ATTACHMENT NO. 1**
**POST CONFIRMATION**

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | |
| 2. Are any post-confirmation sales or payroll taxes past due? | | |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | |
| 4. Is the Debtor current on all post-confirmation plan payments? | | |
| | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Liability Policy Endurance Amercian Insurance Company | 4/20/2019  4/20/2020 | 6,459.44  monthly | $0 |
| | | | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

**Estimated Date of Filing the Application for Final Decree:** _____

**MONTHLY OPERATING REPORT -**  
**POST CONFIRMATION**

**ATTACHMENT NO. 2**

# CHAPTER 11 POST-CONFIRMATION
# SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | Park Monroe Housing Development Fund Corporation, et al. |
| | Debtor: Northeast Brooklyn Partnership |
| **Case Number:** | 19-40820 (CEC) |

**Date of Plan Confirmation: 12/13/2019**

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Monthly | Post Confirmation Total |
|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | $ 3,540.47 | $ |
| 2. | **INCOME or RECEIPTS during the Period** | $ 4,314,371.61 | $ |

3. **DISBURSEMENTS**

    a. **Operating Expenses (Fees/Taxes):**

| | | | Monthly | Post Confirmation Total |
|---|---|---|---:|---:|
| | (i) | U.S. Trustee Quarterly Fees | $ 44,325.00 | $ |
| | (ii) | Federal Taxes | | |
| | (iii) | State Taxes | | |
| | (iv) | Other Taxes | | |
| b. | | **All Other Operating Expenses:** | $ 11,049.70 | $ |
| c. | | **Plan Payments:*** | | |
| | (i) | Administrative Claims | $ 391,783.05 | $ |
| | (ii) | Class One | | |
| | (iii) | Class Two | 3,528,305.61 | |
| | (iv) | Class Three | 328,187.32 | |
| | (v) | Class Four | 12,407.24 | |

(Attach additional pages as needed)

| | Monthly | Post Confirmation Total |
|---|---:|---:|
| **Total Disbursements (Operating & Plan)** | $ 4,316,057.92 | $ |
| 1. **CASH (End of Period)** | $ 1,854.16 | $ |

\*   This includes any and all disbursements made under the plan of reorganization or in the ordinary course  
   of the reorganized debtor's post-confirmation business, whether the disbursements are made  
   through a trust, by a third party, or by the reorganized debtor.

**MONTHLY OPERATING REPORT -**  
**POST CONFIRMATION**

**ATTACHMENT NO. 3**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank:** | Capital One Bank | Capital One Bank | | |
| **Account Number:** | 1398 | 1389 | | |
| **Purpose of Account (Operating/Payroll/Tax)** | Operating | Utility | | |
| **Type of Account (e.g. checking)** | Checking | Checking | | |
| | | | | |
| 1. **Balance per Bank Statement** | $ 1,854.16 | $ 4,675.00 | | |
| 2. **ADD**: Deposits not credited | $ 1,368.82 | $ - | | |
| 3. **SUBTRACT**: Outstanding Checks | $ 6,459.44 | $ - | | |
| 4. Other Reconciling Items | | | | |
| 5. **Month End Balance** (Must Agree with Books) | $ 1,854.16 | $ 4,675.00 | | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -** **ATTACHMENT NO. 4**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | |
|---|---|
| Account Number | |
| **Purpose of Account (Operating/Payroll/Personal)** | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | See closing statement attached. | | $ 4,305,008.22 |
| | | Other operating expenses (see Attachment 1, #3b) | | $ 11,049.70 |
| | | | TOTAL | $ 4,316,057.92 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

### In re Northeast Brooklyn Partnership, Chapter 11 Case No. 19-40822
### Closing Statement

| SOURCES | | AMOUNTS |
|---|---|---|
| Purchase Price | | $4,300,000.00 |
| Net Credits to Seller | | $5,008.22 |
| | **TOTAL =** | **$4,305,008.22** |

| USES | | AMOUNTS |
|---|---|---|
| Title Company (as per Invoice) | | $298,473.22 |
| Mortgage Payoffs | | $3,528,305.61 |
| Emergency Repair Liens | | $29,714.10 |
| US Trustee Fees | | $44,325.00 |
| Professional Fees* | | $391,783.05 |
| Unsecured Creditors' Claims (6%) | | $12,407.24 |
| | **TOTAL =** | **$4,305,008.22** |
| * Paid as per *Order Authorizing the Retention and Employment of Archer & Greiner, P.C. as Counsel* [Docket No. 39] and *Order Granting Final Fee Applications of Professionals for Northeast Brooklyn Partnership, Debtor* [Docket No. 231] | | |

## ATTACHMENT TO SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| Date | Transaction Number | Payee | Amount | Date Cleared |
|---|---|---|---|---|
| 11/18/2019 | Check No. 145 | Bank Direct Capital | $6,459.44 | 12/23/2019 |
| 12/05/2019 | Check No. 146 | Aramark | $226.20 | 12/09/2019 |
| 12/19/2019 | Check No. 147 | Eldon Lessie | $450.00 | 12/24/2019 |
| 12/09/2019 | 00251335598 | National Grid | $1000.00 | 12/09/2019 |
| 12/09/2019 | 00251335601 | National Grid | $466.08 | 12/09/2019 |
| 12/09/2019 | 00264725161 | National Grid | $423.75 | 12/09/2019 |
| 12/09/2019 | 00264723991 | National Grid | $58.23 | 12/09/2019 |
| 12/12/2019 | 00251335598 | National Grid | $1242.00 | 12/12/2019 |
| 12/12/2019 | 00251335601 | National Grid | $724.00 | 12/12/2019 |
|  |  |  |  |  |
|  | TOTAL |  | **$11,049.70** |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Capital One Bank**

**MANAGE YOUR CASH**
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

NORTHEAST BROOKLYN PARTNERSHIP
DEBTOR-IN-POSSESSION CASE NO 19-40822
EASTERN DISTRICT OF NY
132 RALPH AVE
BROOKLYN NY  11233

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

### ACCOUNT SUMMARY      FOR PERIOD  DECEMBER 01, 2019  -  DECEMBER 31, 2019

**Commercial Checking** ▓▓▓▓▓▓▓ 1398                                         **NORTHEAST BROOKLYN PARTNERSHIP**

| | | | |
|---|---|---|---|
| Previous Balance  11/30/19 | $3,540.47 | Number of Days in Cycle | 31 |
| 8 Deposits/Credits | $9,363.39 | Minimum Balance This Cycle | $1,124.55 |
| 9 Checks/Debits | ($11,049.70) | Average Collected Balance | $3,859.49 |
| Service Charges | $0.00 | | |
| Ending Balance 12/31/19 | $1,854.16 | | |

### ACCOUNT DETAIL    FOR PERIOD  DECEMBER 01, 2019  -  DECEMBER 31, 2019

**Commercial Checking** ▓▓▓▓▓▓▓ 1398                                           **NORTHEAST BROOKLYN PARTNERSHIP**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 12/02 | ACH deposit Northeasr Brookl Settlement 120219 Northeast Brooklyn Hou 000007XXXXX9993 | $500.00 | | $4,040.47 |
| 12/04 | ACH deposit Northeasr Brookl Settlement 120419 Northeast Brooklyn Hou 000007XXXXX2273 | $689.03 | | $4,729.50 |
| 12/06 | ACH deposit Northeasr Brookl Settlement 120619 Northeast Brooklyn Hou 000007XXXXX6073 | $335.31 | | $5,064.81 |
| 12/09 | ACH deposit Northeasr Brookl Settlement 120919 Northeast Brooklyn Hou 000007XXXXX4033 | $200.00 | | $5,264.81 |
| 12/09 | ACH Withdrawal NATIONAL GRID NY UTILITYPAY 120919  Northeast Brooklyn, L 00251335598 | | $1,000.00 | $4,264.81 |
| 12/09 | ACH Withdrawal NATIONAL GRID NY UTILITYPAY 120919 NORTHEAST BROOKLYN LP  00251335601 | | $466.08 | $3,798.73 |
| 12/09 | ACH Withdrawal NATIONAL GRID NY UTILITYPAY 120919 NORTHEAST BKLYN pship  00264725161 | | $423.75 | $3,374.98 |

*Thank you for banking with us.*                                                                                        PAGE 1 OF 4

Products and services are offered by Capital One, N.A., Member FDIC.
©2020 Capital One. All rights reserved.



**Capital One Bank**

**MANAGE YOUR CASH**
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

NORTHEAST BROOKLYN PARTNERSHIP
DEBTOR-IN-POSSESSION CASE NO 19-40822
EASTERN DISTRICT OF NY

**ACCOUNT DETAIL** CONTINUED FOR PERIOD DECEMBER 01, 2019 - DECEMBER 31, 2019

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 12/09 | ACH Withdrawal NATIONAL GRID NY UTILITYPAY 120919 Northeast Brooklyn Psh 00264723991 | | $58.23 | $3,316.75 |
| 12/09 | Check 146 | | $226.20 | $3,090.55 |
| 12/12 | ACH Withdrawal NATIONAL GRID NY UTILITYPAY 121219 Northeast Brooklyn, L 00251335598 | | $1,242.00 | $1,848.55 |
| 12/12 | ACH Withdrawal NATIONAL GRID NY UTILITYPAY 121219 NORTHEAST BROOKLYN LP 00251335601 | | $724.00 | $1,124.55 |
| 12/13 | ACH deposit Northeasr Brookl Settlement 121319 Northeast Brooklyn Hou 000007XXXXX0989 | $2,439.05 | | $3,563.60 |
| 12/19 | TRANSFER DEPOSIT FROM ...1395 | $2,400.00 | | $5,963.60 |
| 12/19 | TRANSFER DEPOSIT FROM ...1392 | $2,200.00 | | $8,163.60 |
| 12/20 | ACH deposit Northeasr Brookl Settlement 122019 Northeast Brooklyn Hou 000007XXXXX4697 | $600.00 | | $8,763.60 |
| 12/23 | Check 145 | | $6,459.44 | $2,304.16 |
| 12/24 | Check 147 | | $450.00 | $1,854.16 |
| **Total** | | **$9,363.39** | **$11,049.70** | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $140.00 |
| Total NSF Fees | $0.00 | $0.00 |

**NORTHEAST BROOKLYN PARTNERSHIP**

**Commercial Checking** ▓▓▓▓▓▓ 1398

**Checks** * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 145 | 12/23 | $6,459.44 | 146 | 12/09 | $226.20 | 147 | 12/24 | $450.00 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2020 Capital One. All rights reserved.
MEMBER FDIC   EQUAL HOUSING LENDER

# Northeast Brooklyn Partnership
## Bank Reconciliation Report
## 12/31/2019
**1398**

**Posted by: ebrown   on 1/9/2020**

1/9/2020

| | | | |
|---|---|---|---|
| **Balance Per Bank Statement as of 12/31/2019** | | | **1,854.16** |

**Outstanding Deposits**

| Deposit Date | Deposit Number | | Amount |
|---|---|---|---|
| 12/31/2019 | 72 | | 1,368.82 |
| **Plus:** | **Outstanding Deposits** | | **1,368.82** |

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 12/19/2019 | 148 | bankdir - BankDirect Capital Finance | 6,459.44 |
| **Less:** | **Outstanding Checks** | | **6,459.44** |
| | **Reconciled Bank Balance** | | **-3,236.46** |

| | | |
|---|---|---|
| **Balance per GL as of 12/31/2019** | | **-3,236.46** |
| | **Reconciled Balance Per G/L** | **-3,236.46** |

| | | |
|---|---|---|
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

1/9/2020

# Northeast Brooklyn Partnership
## Bank Reconciliation Report
## 12/31/2019

1398

**Posted by: ebrown   on 1/9/2020**

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 11/18/2019 | 145 | bankdir - BankDirect Capital Finance | 6,459.44 | 12/31/2019 |
| 12/3/2019 | 12031923991 | ngrid - National Grid | 58.23 | 12/31/2019 |
| 12/3/2019 | 12031925161 | ngrid - National Grid | 423.75 | 12/31/2019 |
| 12/3/2019 | 12031935601 | ngrid - National Grid | 466.08 | 12/31/2019 |
| 12/5/2019 | 146 | aramark - ARAMARK | 226.20 | 12/31/2019 |
| 12/9/2019 | 120091935598 | ngrid - National Grid | 1,000.00 | 12/31/2019 |
| 12/12/2019 | 12121935598 | ngrid - National Grid | 1,242.00 | 12/31/2019 |
| 12/12/2019 | 12121935601 | ngrid - National Grid | 724.00 | 12/31/2019 |
| 12/19/2019 | 147 | lessie -  Eldon V Lessie | 450.00 | 12/31/2019 |
| **Total Cleared Checks** | | | **11,049.70** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 11/29/2019 | 6 | :ACH Deposit | 500.00 | 12/31/2019 |
| 12/3/2019 | 68 | :CHECKscan Deposit | 689.03 | 12/31/2019 |
| 12/5/2019 | 69 | :CHECKscan Deposit | 335.31 | 12/31/2019 |
| 12/6/2019 | 7 | :ACH Deposit | 200.00 | 12/31/2019 |
| 12/11/2019 | 70 | :CHECKscan Deposit | 2,439.05 | 12/31/2019 |
| 12/18/2019 | 71 | :CHECKscan Deposit | 600.00 | 12/31/2019 |
| **Total Cleared Deposits** | | | **4,763.39** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 12/19/2019 | JE 30246 | Loan From Replacement and Operating | 4,600.00 | 12/31/2019 |
| **Total Cleared Other Items** | | | **4,600.00** | |

# Capital One Bank

## MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

NORTHEAST BROOKLYN PARTNERSHIP
DEBTOR-IN-POSSESSION CASE NO 19-40822
EASTERN DISTRICT OF NY/UTILITY ACCOUNT
132 RALPH AVE
BROOKLYN NY  11233

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY     FOR PERIOD  DECEMBER 01, 2019  -  DECEMBER 31, 2019

**Commercial Checking               1389**                                              NORTHEAST BROOKLYN PARTNERSHIP

| | | | |
|---|---|---|---|
| Previous Balance  11/30/19 | $4,675.00 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $4,675.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $4,675.00 |
| Service Charges | $0.00 | | |
| Ending Balance 12/31/19 | $4,675.00 | | |

## ACCOUNT DETAIL    FOR PERIOD  DECEMBER 01, 2019  -  DECEMBER 31, 2019

**Commercial Checking              1389**                                               NORTHEAST BROOKLYN PARTNERSHIP

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 12/01 | | | | $4,675.00 |
| | No Account Activity this Statement Period | | | |
| 12/31 | | | | $4,675.00 |
| Total | | $0.00 | $0.00 | |

No Items Processed

Thank you for banking with us.

Products and services are offered by Capital One, N.A., Member FDIC.
©2020 Capital One. All rights reserved.


MEMBER FDIC    EQUAL HOUSING LENDER

1/9/2020

**Northeast Brooklyn Partnership**

**Bank Reconciliation Report**

**12/31/2019**

**1389**

**Posted by: ebrown   on 1/9/2020**

| | |
|---|---:|
| **Balance Per Bank Statement as of 12/31/2019** | **4,675.00** |
| **Reconciled Bank Balance** | **4,675.00** |
| | |
| **Balance per GL as of 12/31/2019** | **4,675.00** |
| **Reconciled Balance Per G/L** | **4,675.00** |
| | |
| **Difference**   (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

**Rent Roll with Lease Charges**

Northeast Brooklyn, LP
As Of December 01,2018
Property: nor
Brooklyn, NY 11233

| Unit | Type | Unit Sq Ft | Name | Lease Type | Move In Date | Lease From | Lease To | Market Rent | Charge Code | Amount | Total Monthly Charges | Resident Deposit | Legal Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 399-1A | nor26w | | | | | 02/01/2017 | 01/31/2019 | | rent | | | | |
| 399-1B | nor26w | | | | | 05/01/2017 | 04/30/2018 | | rent | | | | |
| 399-1C | nor06w | | | | | 12/17/2017 | 12/16/2019 | | rent | | | | |
| 399-2A | nor06w | | | | | 01/01/2017 | 12/31/2018 | | rent | | | | |
| 399-2B | nor26w | | | | | 12/01/2018 | 11/30/2019 | | rent | | | | |
| | | | | | | | | | security | | | | |
| 399-2C | nor2hw | | | | | 11/01/2017 | 10/31/2019 | | rent | | | | |
| 399-3A | nor1hw | | | | | 07/01/2018 | 06/30/2020 | | rent | | | | |
| 399-3B | nor26w | | | | | 06/01/2018 | 05/31/2019 | | rent | | | | |
| 399-3C | nor2hw | | | | | 05/01/2017 | 04/30/2019 | | rent | | | | |
| | | | | | | | | | hpd | | | | |
| 399-4A | nor0hw | | | | | 11/01/2017 | 10/31/2018 | | rent | | | | |
| 399-4B | nor26w | | | | | 06/01/2018 | 05/31/2020 | | rent | | | | |
| 399-4C | nor26w | | | | | 04/01/2017 | 03/31/2019 | | rent | | | | |
| 403-1A | nor16w | | | | | 02/01/2017 | 01/31/2019 | | rent | | | | |
| 403-1B | nor26w | | | | | | | | | | | | |
| 403-1C | nor1hw | | | | | 05/01/2017 | 04/30/2019 | | rent | | | | |
| 403-1D | nor16w | | | | | 10/01/2017 | 09/30/2019 | | rent | | | | |
| 403-2A | nor36w | | | | | 06/01/2018 | 05/31/2020 | | rent | | | | |
| 403-2B | nor26w | | | | | 07/01/2017 | 06/30/2019 | | rent | | | | |
| 403-2C | nor26w | | | | | 11/21/2018 | 11/20/2020 | | rent | | | | |
| | | | | | | | | | security | | | | |
| 403-3A | nor36w | | | | | | | | | | | | |
| 403-3B | nor26w | | | | | 05/01/2017 | 04/30/2019 | | rent | | | | |
| 403-3C | nor26w | | | | | 04/01/2017 | 03/31/2019 | | rent | | | | |
| 403-4A | nor36w | | | | | 05/01/2017 | 04/30/2019 | | rent | | | | |
| 403-4B | nor26w | | | | | 04/01/2018 | 03/31/2020 | | rent | | | | |
| 403-4C | nor26w | | | | | 02/01/2018 | 01/31/2019 | | rent | | | | |
| 409-1A | nor16w | | | | | 05/01/2017 | 04/30/2019 | | rent | | | | |
| 409-2B | nor16w | | | | | 06/01/2018 | 05/31/2020 | | rent | | | | |
| 409-3C | nor16w | | | | | 06/01/2017 | 05/31/2019 | | rent | | | | |
| 671-1A | nor0hw | | | | | | | | | | | | |
| 671-1B | nor26w | | | | | 05/01/2018 | 04/30/2020 | | rent | | | | |
| 671-2A | nor0hw | | | | | 11/01/2017 | 10/31/2019 | | rent | | | | |
| 671-2B | nor36w | | | | | 02/01/2018 | 01/31/2020 | | rent | | | | |
| 671-3A | nor0hw | | | | | 10/01/2017 | 09/30/2019 | | rent | | | | |
| 671-3B | nor3hw | | | | | 11/11/2017 | 11/10/2019 | | rent | | | | |
| 675-1A | nor0hw | | | | | 07/01/2018 | 06/30/2019 | | rent | | | | |
| 675-1B | nor26w | | | | | 05/01/2017 | 04/30/2019 | | rent | | | | |

**Rent Roll with Lease Charges**

Northeast Brooklyn, LP
As Of December 01,2018
Property: nor
Brooklyn, NY 11233

| Unit | Type | Unit Sq Ft | Name | Lease Type | Move In Date | Lease From | Lease To | Market Rent | Charge Code | Amount | Total Monthly Charges | Resident Deposit | Legal Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 675-2A | nor0hw | | | | | 01/01/2019 | 12/31/2020 | | rent | | | | |
| 675-2B | nor36w | | | | | 03/01/2017 | 02/28/2019 | | rent | | | | |
| | | | | | | | | | rent | | | | |
| 675-3A | nor0hw | | | | | 04/01/2018 | 03/31/2020 | | rent | | | | |
| | | | | | | | | | scrie | | | | |
| 675-3B | nor36w | | | | | | | | | | | | |
| | | | | | | | **Total Amount** | | | **26,998.41** | | | |

**Rent Roll with Lease Charges**

Northeast Brooklyn, LP
As Of December 01,2018
Property: nor
Brooklyn, NY 11233

**Summary of Charges by Charge Code (Current/Notice residents only)**

| | | | Summary of Lease Types | |
|---|---|---|---|---|
| hpd | 769.82 | | N/A | 34 |
| rent | 26,307.80 | | Owner | 1 |
| scrie | (110.00) | | Stabilized | 2 |
| security | 30.79 | | VACANT | 3 |
| Total | 26,998.41 | | | 40 |