ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Allen G. Kadish
Harrison H.D. Breakstone
Email: akadish@archerlaw.com
       hbreakstone@archerlaw.com

*Counsel for 984-988 Greene Avenue*
*Housing Development Fund Corporation,*
*Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| PARK MONROE HOUSING DEVELOPMENT<br>   FUND CORPORATION, *et al.*, | Case No. 1-19-40820 (CEC)<br>(Jointly Administered) |
| Debtors. | |

------------------------------------------------------------x

**NOTICE OF FURTHER EXTENSION OF BID DEADLINE**
**AND RESCHEDULING OF AUCTION**
**BY 984-988 GREENE AVENUE HOUSING**
**<u>DEVELOPMENT FUND CORPORATION</u>**

       PLEASE TAKE NOTICE that 984-988 GREENE AVENUE HOUSING DEVELOPMENT FUND CORPORATION ("**Greene Avenue**"), has extended the Bid Deadline, as set forth in the *Order (i) Approving Bid Procedures; (ii) Approving Stalking Horse Protections; and (iii) Granting Related Relief Please Take Further Notice* [Docket No. 234] (the "**Bid Procedures Order**"), which was later extended by the *Notice of Extension of Bid Deadline and Rescheduling of Auction by 984-988 Greene Avenue Housing Development Fund Corporation* [Docket No. 236] (the "**Extension Notice**"), to February 7, 2020.

PLEASE TAKE FURTHER NOTICE that Greene Avenue has rescheduled the Auction, as set forth in the Bid Procedures Order, which was later rescheduled by the Extension Notice, to February 11, 2020 at 11:00 a.m.

Dated: New York, New York  
       January 31, 2020

ARCHER & GREINER, P.C.

By: s/ Allen G. Kadish  
    Allen G. Kadish  
    Harrison H.D. Breakstone  
630 Third Avenue  
New York, New York 10017  
Tel: (212) 682-4940  
Email: akadish@archerlaw.com  
         hbreakstone@archerlaw.com

*Counsel for 984-988 Greene Avenue Housing Development Fund Corporation, Debtor and Debtor-in-Possession*