| | |
|---|---|
| ARCHER & GREINER, P.C. | Hearing Date: March 18, 2020 |
| 630 Third Avenue | Hearing Time: 2:30 p.m. |
| New York, New York 10017 | |
| Tel: (212) 682-4940 | |
| Allen G. Kadish | |
| Harrison H.D. Breakstone | |
| Email: akadish@archerlaw.com | |
|        hbreakstone@archerlaw.com | |

*Counsel for Northeast Brooklyn*
*Partnership, Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| PARK MONROE HOUSING DEVELOPMENT<br>   FUND CORPORATION, et al., | Case No. 1-19-40820 (CEC)<br>(Jointly Administered) |
| Debtors. | |

-----------------------------------------------------------x

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| NORTHEAST BROOKLYN PARTNERSHIP,[1] | |
| | Case No. 1-19-40822 (CEC) |
| Debtor. | |

-----------------------------------------------------------x

**NOTICE OF HEARING ON APPLICATION OF
NORTHEAST BROOKLYN PARTNERSHIP,
DEBTOR AND DEBTOR-IN-POSSESSION,
<u>FOR ENTRY OF FINAL DECREE CLOSING CHAPTER 11 CASE</u>**

TO THE HONORABLE CARLA E. CRAIG,
CHIEF UNITED STATES BANKRUPTCY JUDGE:

      **PLEASE TAKE NOTICE** that NORTHEAST BROOKLYN PARTNERSHIP,

reorganized debtor (the "**Debtor**"), filed an application (the "**Application**") for an order, pursuant

to section 350(a) of the United States Bankruptcy Code (the "**Bankruptcy Code**"), and Federal

---

[1] This case is jointly administered with others under Case No. 19-40820. This is filed in Case No. 19-40822 to close this case without disposition of the other jointly administered cases.

Rule of Bankruptcy Procedure ("**Bankruptcy Rule**") 3022, for entry of a final decree closing its chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief sought in the Application will be held before the Honorable Carla E. Craig, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201 on **March 18, 2020 at 2:30 p.m.** or as soon thereafter as counsel may be heard (the "**Hearing Date**").

**PLEASE TAKE FURTHER NOTICE** that objections if any, to the relief requested in the Application shall be in writing, shall conform to the Bankruptcy Code, the Bankruptcy Rules and Local Rules of the Bankruptcy Court, shall set forth the name of the objecting party, the basis for the objection, the specific grounds therefor, and shall be filed with the Bankruptcy Court electronically in accordance with General Order 559 (with a courtesy copy delivered to the Chambers of the Hon. Carla E. Craig) and served in accordance with General Order 559, and served upon: (i) Archer & Greiner, counsel to the Debtor, Attn: Allen G. Kadish, Esq., 630 Third Avenue, New York, New York 10017, and (ii) the Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10014, so as to actually be filed with the Bankruptcy and received by **March 11, 2020**.

**PLEASE TAKE FURTHER NOTICE** that you may review the Application at the Office of the Clerk of the Bankruptcy Court or by accessing the Court's electronic filing system at www.nyeb.uscourts.gov, or you may contact the undersigned counsel by phone or email and copies of the Application will be provided. If no objection to the Application is timely filed and received, the Bankruptcy Court may grant the relief sought in the Application on the Hearing Date.

Objecting parties are required to attend on the hearing Date and failure to appear may result in relief being granted or denied upon default.

Dated: New York, New York  ARCHER & GREINER, P.C.
      February 3, 2020

By:   s/ Allen G. Kadish
      Allen G. Kadish
      Harrison H.D. Breakstone
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Email: akadish@archerlaw.com
       hbreakstone@archerlaw.com

*Counsel for Northeast Brooklyn Partnership, Debtor*