UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                          Chapter 11

PARK MONROE HOUSING DEVELOPMENT                 Case No. 1-19-40820 (AST)
   FUND CORPORATION, *et al.,*                    (Jointly Administered)

       Debtors.

-----------------------------------------------------------x

## ORDER GRANTING FIRST AND FINAL
## FEE APPLICATION OF SPERBER, DENENBERG & KAHAN, P.C.

Upon the application of Sperber, Denenberg & Kahan, P.C. ("**SDK**"), as special landlord-tenant counsel for PARK MONROE HOUSING DEVELOPMENT FUND CORPORATION, debtor and debtor-in-possession (the "**Debtor**"), for final allowance of compensation and reimbursement of expenses [Docket No. 304] (the "**Application**"); and it appearing the Court has jurisdiction to consider the Application, pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue is proper in this District pursuant to 28 U.S.C. § 1408; and the Court having held a hearing on the Application on December 9, 2020 (the "**Hearing**"); and it appearing that due notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2), and that no other or further notice need be given; and no objections having been filed to the Application; and the Court having considered the Application; and after hearing from the Office of the United States Trustee and such other parties whose identities are set forth on the record of the Hearing; and upon the record of the Hearing and the Court having made allowances on the record of the Hearing; and upon the full record of the Hearing; and due deliberation having been had, and sufficient cause appearing therefor; it is hereby

Case 1-19-40820-ast    Doc 325    Filed 12/21/20    Entered 12/21/20 15:47:35

ORDERED, that the Application be, and hereby is, granted to the extent of the allowances set forth in Schedule "A" attached hereto; and it is further

ORDERED, that in accordance with the *Amended Chapter 11 Plan of Park Monroe Housing Development Fund Corporation* [Docket No. 296] (the "**Plan**") confirmed in this case, and upon the effective date thereof, the Debtor is directed to make payment to SDK on account of the allowances granted hereby to the extent set forth in Schedule "A" attached hereto[1]; and it is further

ORDERED, that the Court shall retain jurisdiction with respect to all matters arising from or related to implementation of this Order.



**Dated: December 21, 2020**
**Central Islip, New York**

_____
**Alan S. Trust**
**Chief United States Bankruptcy Judge**

---

[1] Pursuant to the Plan, distributions on Professional Fees from the proceeds of the Sale (each as defined in the Plan) are capped at $400,000.00.