| | |
|---|---|
| ARCHER & GREINER, P.C.<br>1211 Avenue of the Americas, Suite 2750<br>New York, New York 10036<br>Tel: (212) 682-4940<br>Allen G. Kadish<br>Harrison H.D. Breakstone<br>Email: akadish@archerlaw.com<br>       hbreakstone@archerlaw.com | Hearing Date:  May 19, 2021<br>Hearing Time: 11:30 A.M. |

*Counsel for Park Monroe Housing*
*Development Fund Corporation and*
*984-988 Greene Avenue Housing*
*Development Fund Corporation,*
*Debtors and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| PARK MONROE HOUSING DEVELOPMENT<br>   FUND CORPORATION, *et al.,* | Case No. 1-19-40820 (AST)<br>(Jointly Administered) |
|        Debtors. | |

----------------------------------------------------------x

## **NOTICE OF STATUS CONFERENCES**

PLEASE TAKE NOTICE that on **Wednesday, May 19, 2021 at 11:30 A.M.**, a status conference in the matters of PARK MONROE HOUSING DEVELOPMENT FUND CORPORATION and 984-988 GREENE AVENUE HOUSING DEVELOPMENT FUND CORPORATION, debtors and debtors-in-possession, will be held before the Honorable Alan S. Trust, Chief United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that the status conference will be conducted telephonically and parties wishing to attend and/or participate may do so by following the dial-in instructions found in Chief Judge Trust's chambers procedures, which can be found at https://www.nyeb.uscourts.gov/content/chief-judge-alan-s-trust.  Such parties are asked to inform the undersigned if they intend to attend and/or participate telephonically.

Dated: New York, New York  ARCHER & GREINER, P.C.
       February 26, 2021


By: s/ Allen G. Kadish
    Allen G. Kadish
    Harrison H.D. Breakstone
1211 Avenue of the Americas, Suite 2750
New York, New York 10036
Tel:   (212) 682-4940
Email: akadish@archerlaw.com
       hbreakstone@archerlaw.com

*Counsel for Park Monroe Housing Development Fund Corporation and 984-988 Greene Avenue Housing Development Fund Corporation, Debtors and Debtors-in-Possession*

220442152v1