

**Allen G. Kadish**
akadish@archerlaw.com

Archer & Greiner, P.C.
1211 Avenue of the Americas, Suite 2750
New York, New York 10036
212-682-4940
www.archerlaw.com

March 15, 2021

Chief Judge Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722

      Re:    In re Park Monroe Housing Development Fund Corporation, Debtors
               Chapter 11 Case No. 19-40820 (AST) (Jt. Admin.)
               *Status Report*

Dear Chief Judge Trust:

At the status hearing on February 24, 2021, in the case of Debtor, Park Monroe Housing Development Fund Corporation, the Court directed the Debtor to file a letter regarding the status of certain filings directed by the Charities Bureau of the New York State Attorney General's Office.

Since the hearing, the Debtor has completed form CHAR500 and 990's for years 2017, 2018 and 2019 as requested by the Director of Registration of the Charities Bureau of the New York State Attorney General's Office. On Tuesday, March 9, 2021, the completed CHAR500 and 990's were sent by certified mail to the attention of the Director of Registration of the Charities Bureau of the New York State Attorney General's Office. We have informed and followed up with Paula Gellman and Hanna Rubin of the New York State Attorney General's Office.

Upon receipt of the signature of the New York State Attorney General's Office representing the absence of an objection, the Debtor filed its Verified Petition in the Supreme Court of the State of New York, County of Kings on March 1, 2021 and awaits processing. The Debtor will continue to inform all parties regarding the predicates and timeline for closing.

                                          Respectfully,

                                          /s/ Allen G. Kadish

cc: *via email*

      Rachel Wolf, Reema Lateef – Office of the United States Trustee
      Hugh Shull, Samantha Chu – Counsel for the City of New York
      Benjamin Mintz, Brendan Gibbons – Counsel for the Represented Tenants
      Lisa Schweitzer, Tom Standifer – Counsel for the Purchaser

220568871v1