ARCHER & GREINER, P.C.　　　　　　　　　　　　　　　Hearing Date: June 23, 2021
1211 Avenue of the Americas, Suite 2750　　　　　　　　Hearing Time: 10:30 A.M.
New York, New York 10036
Tel: (212) 682-4940
Allen G. Kadish
Harrison H.D. Breakstone
Email: akadish@archerlaw.com
　　　　hbreakstone@archerlaw.com

*Counsel for Park Monroe Housing*
*Development Fund Corporation, Debtor,*
*and*
*984-988 Greene Avenue Housing*
*Development Fund Corporation,*
*Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

PARK MONROE HOUSING DEVELOPMENT　　　　　　Case No. 1-19-40820 (AST)
　　FUND CORPORATION, *et al.,*　　　　　　　　　　　　(Jointly Administered)

　　　　　　Debtors.

-----------------------------------------------------------x

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that a status conference in the matters of PARK MONROE HOUSING DEVELOPMENT FUND CORPORATION, debtor, and 984-988 GREENE AVENUE HOUSING DEVELOPMENT FUND CORPORATION, debtor and debtor-in-possession, will be held on **Wednesday, June 23, 2021, at 10:30 a.m.**

PLEASE TAKE FURTHER NOTICE that the status conference will be conducted telephonically and parties wishing to attend and/or participate may do so by following the dial-in instructions found in Chief Judge Trust's chambers procedures, which can be found at https://www.nyeb.uscourts.gov/content/chief-judge-alan-s-trust.  Such parties are asked to inform the undersigned if they intend to attend and/or participate telephonically.

Dated: New York, New York  
       June 4, 2021

ARCHER & GREINER, P.C.

By: _____  
    Allen G. Kadish  
    Harrison H.D. Breakstone  
1211 Avenue of the Americas, Suite 2750  
New York, New York 10036  
Tel: (212) 682-4940  
Email: akadish@archerlaw.com  
       hbreakstone@archerlaw.com

*Counsel for Park Monroe Housing Development Fund Corporation, Debtor, and 984-988 Greene Avenue Housing Development Fund Corporation, Debtor and Debtor-in-Possession*

221288684v1