

U.S. Department of Justice
Office of the United States Trustee
Region 2

Eastern District of New York

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 11 |
| | } | |
| PARK MONROE HOUSING | } | CASE NO. 19-40820 (AST) |
| DEVELOPMENT FUND CORPORATION | } | |
| | } | |
| DEBTOR. | } | |

## DEBTOR'S POST-CONFIRMATION
## MONTHLY OPERATING REPORT
### FOR THE PERIOD
**FROM** 5/1/2021 **TO** 5/31/2021

Comes now the above-named debtor and files its Post-Confirmation Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

**In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed:: *Nathaniel Montgomery*                          Date:                          6/17/2021

Nathaniel Montgomery
          Print Name

Chief Operating Officer
          Title

Debtor's Address
and Phone Number:
132 Ralph Avenue
Brooklyn, NY 11223

Tel. 718-453-9490

Attorney's Address
and Phone Number:
Allen G. Kadish
1211 Avenue of the Americas
New York, NY 10036
Bar No. 2235315
Tel. (212) 682-4940

Note:  The original Monthly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Monthly Operating Reports must be filed by the 20th day of the following month.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 1**

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |
| | | |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY        and        CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| **(Property Disposed of in April 2021)** | | | |
| | | | |
| | | | |
| | | | |

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| On November 13, 2020, the Court entered the Findings of Fact, Conclusions of Law and Order Confirming Chapter 11 Plan of Park Monroe Housing Development Fund Corporation [Docket No. 317]. The "Effective Date" of the Chapter 11 Plan occurred on April 15, 2021. The Application for Final Decree was filed May 24, 2021 [Docket No. 350]. The relief requested in the Application is scheduled for hearing on June 23, 2021. |

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 2**

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | Park Monroe Housing Development Fund Corporation |
| **Case Number:** | 19-40820 (AST) |
| **Date of Plan Confirmation:** | 11/13/20 |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | | Monthly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 27,940.97 | $ 193,113.11 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 23,127.54 | $ 162,474.03 |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| (i) | U.S. Trustee Quarterly Fees | $ | $ - |
| (ii) | Federal Taxes | | |
| (iii) | State Taxes | | |
| (iv) | Other Taxes | | |
| b. | **All Other Operating Expenses:** | $ 50,979.90 | $ 188,844.13 |
| c. | **Plan Payments:*** | | |
| (i) | Administrative Claims | $ | $ - |
| (ii) | Class One | | |
| (iii) | Class Two | | |
| (iv) | Class Three | | |
| (v) | Class Four | | |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ 50,979.90 | $ 188,844.13 |
| 1. | **CASH (End of Period)** | $ 88.61 | $ 166,075.16 |

\*   This includes any and all disbursements made under the plan of reorganization or in the ordinary course
     of the reorganized debtor's post-confirmation business, whether the disbursements are made
     through a trust, by a third party, or by the reorganized debtor.

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 3**

# CHAPTER 11 POST-CONFIRMATION
# BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank:** | Capital One | Capital One | Capital One | Capital One |
| **Account Number:** | ▆6217 | ▆6478 | ▆6481 | ▆2214 |
| **Purpose of Account (Operating/Payroll/Tax)** | Operating | Utility | Replacement Reserve | Operating Reserve |
| **Type of Account (e.g. checking)** | Checking | Checking | Checking | Checking |
| | | | | |
| 1. **Balance per Bank Statement** | $    88.61 | $    - | $    - | $    - |
| 2. **ADD**: Deposits not credited | - | | | |
| 3. **SUBTRACT**: Outstanding Checks | - | | | |
| 4. Other Reconciling Items | | | | |
| 5. **Month End Balance** (Must Agree with Books) | $    88.61 | $    - | $    - | $    - |
| | | | | |

**Note: Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach copy of each investment account statement.**

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| | |
|---|---|
| Name of Bank | |
| Account Number | |
| **Purpose of Account (Operating/Payroll/Personal)** | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | PLEASE SEE BANK STATEMENTS FOR DISBURSEMENT DETAILS | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |

# Capital One Bank

## MANAGE YOUR CASH
### CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

PARK MONROE HOUSING DEVELOPMENT FUND COR
DEBTOR-IN-POSSESSION CASE NO. 19-40820
EASTERN DISTRICT OF NEW YORK
132 RALPH AVE
BROOKLYN NY  11233

Speak to a dedicated business solutions expert
at 1-888-755-2172 — a one-stop number for
both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD MAY 01, 2021  -  MAY 28, 2021

**Commercial Checking ▮▮▮▮▮6217**                                         **PARK MONROE HOUSING DEVELOPMENT FUND COR**

| | | | |
|---|---|---|---|
| Previous Balance  04/30/21 | $27,940.97 | Number of Days in Cycle | 28 |
| 4 Deposits/Credits | $23,127.54 | Minimum Balance This Cycle | $88.61 |
| 7 Checks/Debits | ($50,979.90) | Average Collected Balance | $17,013.02 |
| Service Charges | $0.00 | | |
| Ending Balance 05/28/21 | $88.61 | | |

## ACCOUNT DETAIL    FOR PERIOD MAY 01, 2021    -   MAY 28, 2021

**Commercial Checking▮▮▮▮▮6217**                                         **PARK MONROE HOUSING DEVELOPMENT FUND COR**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 05/03 | ACH deposit NYCHA SECTION 8 NYCHA-PROD 050321 206017-PARK MONROE HDF 7521761 | $1,337.54 | | $29,278.51 |
| 05/04 | Check    261 | | $17,374.29 | $11,904.22 |
| 05/06 | Customer Deposit | $11,904.39 | | $23,808.61 |
| 05/06 | Customer Deposit | $8,084.89 | | $31,893.50 |
| 05/06 | Check    265 | | $3,687.00 | $28,206.50 |
| 05/10 | Check    276 | | $4,415.18 | $23,791.32 |
| 05/11 | Customer Deposit | $1,800.72 | | $25,592.04 |
| 05/11 | Check    275 | | $3,370.00 | $22,222.04 |
| 05/20 | Check    277 | | $6,776.33 | $15,445.71 |
| 05/24 | Check    279 | | $1,651.99 | $13,793.72 |
| 05/27 | Check    278 | | $13,705.11 | $88.61 |
| *Total* | | $23,127.54 | $50,979.90 | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2021 Capital One. All rights reserved.





**MANAGE YOUR CASH**

CASH MANAGEMENT **|** CHECKING **|** MONEY MARKET **|** CDs **|** LOANS

PARK MONROE HOUSING DEVELOPMENT FUND COR
DEBTOR-IN-POSSESSION CASE NO. 19-40820
EASTERN DISTRICT OF NEW YORK

ACCOUNT DETAIL     CONTINUED FOR PERIOD  MAY 01, 2021    -  MAY 28, 2021

**Commercial Checking** ███████████ **6217**

**PARK MONROE HOUSING
DEVELOPMENT FUND COR**

**Checks** * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 261 | 05/04 | $17,374.29 | 276 | 05/10 | $4,415.18 | 278 | 05/27 | $13,705.11 |
| 265* | 05/06 | $3,687.00 | 277 | 05/20 | $6,776.33 | 279 | 05/24 | $1,651.99 |
| 275* | 05/11 | $3,370.00 | | | | | | |

Products and services are offered by Capital One, N.A., Member FDIC.
©2021 Capital One. All rights reserved.



MEMBER **FDIC**

**Park Monroe HDFC- Capital one**

6/9/2021

**Bank Reconciliation Report**

**5/28/2021**

████████6217

Posted by: ebrown   on 6/9/2021

| | |
|---|---|
| **Balance Per Bank Statement as of 5/28/2021** | **88.61** |
| **Reconciled Bank Balance** | **88.61** |
| | |
| **Balance per GL as of 5/28/2021** | **88.61** |
| **Reconciled Balance Per G/L** | **88.61** |
| | |
| **Difference**    (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | | Notes | Amount | Date Cleared |
|---|---|---|---|---|---|
| 4/6/2021 | | 261 | ejp - E.J.P. Contracting Corp | 17,374.29 | 5/28/2021 |
| 4/14/2021 | | 265 | bain - Bain Mechanical Services | 3,687.00 | 5/28/2021 |
| 4/14/2021 | | 277 | bain - Bain Mechanical Services | 6,776.33 | 5/28/2021 |
| 4/14/2021 | | 279 | sitecomp - SiteCompli,LLC | 1,651.99 | 5/28/2021 |
| 5/4/2021 | | 275 | bain - Bain Mechanical Services | 3,370.00 | 5/28/2021 |
| 5/6/2021 | | 276 | mhany - NHANY Mother Gaston HDFC | 4,415.18 | 5/28/2021 |
| 5/20/2021 | | 278 | mhany - NHANY Mother Gaston HDFC | 13,705.11 | 5/28/2021 |
| **Total Cleared Checks** | | | | **50,979.90** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 5/1/2021 | 197 | | 1,337.54 | 5/28/2021 |
| 5/6/2021 | 196 | | 8,084.89 | 5/28/2021 |
| **Total Cleared Deposits** | | | **9,422.43** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 5/1/2021 | JE 32018 | Reconcile Cash | 3,077.64 | 5/28/2021 |
| 5/1/2021 | RC 255796 | Returned item tpar0029 | -921.61 | 5/28/2021 |
| 5/1/2021 | RC 255797 | Returned item tpar0040 | -944.33 | 5/28/2021 |
| 5/1/2021 | RC 255798 | Returned item tpar0041 | -427.69 | 5/28/2021 |
| 5/1/2021 | RC 255799 | Returned item tpar0194 | -784.01 | 5/28/2021 |
| 5/6/2021 | JE 31908 | TENANTS RENT PAYMENT TO NEW MGMT(HMYN) | 11,904.39 | 5/28/2021 |
| 5/11/2021 | JE 31909 | TENANTS RENT PAYMENT TO NEW MGMT(HMYN) | 1,800.72 | 5/28/2021 |
| **Total Cleared Other Items** | | | **13,705.11** | |



# MANAGE YOUR CASH
**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

PARK MONROE HOUSING DEVELOPMENT FUND
CORP DEBTOR-IN-POSSESSION CASE NO
19-40820 EASTERN DISTRICT OF NEW YORK
UTILITY ACCOUNT
132 RALPH AVE
BROOKLYN NY  11233

Speak to a dedicated business solutions expert
at 1-888-755-2172 — a one-stop number for
both your business and personal needs.

## ACCOUNT SUMMARY   FOR PERIOD MAY 01, 2021  -  MAY 28, 2021

**Commercial Checking** ████████6478         **PARK MONROE HOUSING DEVELOPMENT FUND**

| | | | |
|---|---|---|---|
| Previous Balance  04/30/21 | $0.00 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $0.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $0.00 |
| Service Charges | $0.00 | | |
| Ending Balance 05/28/21 | $0.00 | | |

## ACCOUNT DETAIL   FOR PERIOD  MAY 01, 2021  -  MAY 28, 2021

**Commercial Checking** ████████6478      **PARK MONROE HOUSING DEVELOPMENT FUND**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 05/01 | | | | $0.00 |
| | No Account Activity this Statement Period | | | |
| 05/28 | | | | $0.00 |
| *Total* | | $0.00 | $0.00 | |
| No Items Processed | | | | |

*Thank you for banking with us.*

PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2021 Capital One. All rights reserved.



**Park Monroe- Cap1 Utility Acct**

6/17/2021

**Bank Reconciliation Report**

**5/31/2021**

████6478

**Posted by: bwilliam on 6/17/2021**

| | | |
|---|---|---|
| **Balance Per Bank Statement as of 5/31/2021** | | **0.00** |
| **Reconciled Bank Balance** | | **0.00** |
| | | |
| **Balance per GL as of 5/31/2021** | | **0.00** |
| **Reconciled Balance Per G/L** | | **0.00** |
| | | |
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |



# MANAGE YOUR CASH

**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

PARK MONROE HOUSING DEVELOPMENT CORP
DEBTOR-IN-POSSESSION CASE NO. 19-40820
EASTERN DISTRICT OF NEW YORK
OPERATING RESERVE
132 RALPH AVE
BROOKLYN NY  11233

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD MAY 01, 2021  -  MAY 28, 2021

**Commercial Checking** ███████ **2214**                                        **PARK MONROE HOUSING DEVELOPMENT CORP**

| | | | |
|---|---|---|---|
| Previous Balance  04/30/21 | $0.00 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $0.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $0.00 |
| Service Charges | $0.00 | | |
| Ending Balance 05/28/21 | $0.00 | | |

## ACCOUNT DETAIL    FOR PERIOD  MAY 01, 2021   -   MAY 28, 2021

**Commercial Checking** ███████ **2214**                                        **PARK MONROE HOUSING DEVELOPMENT CORP**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 05/01 | | | | $0.00 |
| | No Account Activity this Statement Period | | | |
| 05/28 | | | | $0.00 |
| *Total* | | $0.00 | $0.00 | |

No Items Processed

*Thank you for banking with us.*

PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2021 Capital One. All rights reserved.



 **Bank**

# MANAGE YOUR CASH

**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

PARK MONROE HOUSING DEVELOPMENT
CORP DEBTOR-IN-POSSESSION CASE NO.
19-40820 EASTERN DISTRICT OF NEW YORK
REPLACEMENT RESERVE
132 RALPH AVE
BROOKLYN NY 11233

Speak to a dedicated business solutions expert
at 1-888-755-2172 — a one-stop number for
both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD MAY 01, 2021 - MAY 28, 2021

**PARK MONROE HOUSING DEVELOPMENT**

**Commercial Checking** ▮▮▮▮▮▮**6481**

| | | | |
|---|---|---|---|
| Previous Balance 04/30/21 | $0.00 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $0.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $0.00 |
| Service Charges | $0.00 | | |
| Ending Balance 05/28/21 | $0.00 | | |

## ACCOUNT DETAIL    FOR PERIOD MAY 01, 2021 - MAY 28, 2021

**PARK MONROE HOUSING DEVELOPMENT**

**Commercial Checking** ▮▮▮▮▮▮**6481**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 05/01 | | | | $0.00 |
| | No Account Activity this Statement Period | | | |
| 05/28 | | | | $0.00 |
| **Total** | | $0.00 | $0.00 | |
| No Items Processed | | | | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2021 Capital One. All rights reserved.



## Rent Roll with Lease Charges

Park Monroe, HDFC
As Of December 01,2018
Property: par
Brooklyn, NY 11233

| Unit | Type | Unit Sq Ft | Name | Lease Type | Move In Date | Lease From | Lease To | Market Rent | Charge Code | Amount | Total Monthly Charges | Resident Deposit | Legal Status |
|------|------|------------|------|------------|--------------|------------|----------|-------------|-------------|--------|-----------------------|------------------|--------------|
| 1350-1A | par18g | | | | | 04/01/2017 | 03/31/2019 | | rent | | | | |
| 1350-1B | par28g | | | | | 06/01/2017 | 05/31/2019 | | rent | | | | |
| 1350-1C | par38g | | | | | 07/01/2013 | 06/30/2018 | | rent | | | | |
| | | | | | | | | | hpd | | | | |
| 1350-1D | par2hg | | | | | 05/01/2017 | 04/30/2019 | | rent | | | | |
| 1350-2A | par28w | | | | | 02/01/2019 | 01/31/2021 | | rent | | | | |
| 1350-2B | par28ws | | | | | 01/01/2000 | 12/31/2037 | | | | | | |
| 1350-2C | par3hw | | | | | | | | | | | | |
| 1350-2D | par38w | | | | | 05/01/2018 | 04/30/2020 | | rent | | | | |
| 1350-2E | par18w | | | | | 09/01/2016 | 08/31/2018 | | rent | | | | |
| 1350-3A | par2hw | | | | | 09/01/2016 | 08/31/2018 | | rent | | | | |
| 1350-3B | par2hw | | | | | 06/01/2010 | 05/31/2012 | | rent | | | | |
| 1350-3C | par38w | | | | | 03/01/2016 | 02/28/2018 | | rent | | | | |
| 1350-3D | par38w | | | | | 09/01/2016 | 08/31/2018 | | rent | | | | |
| 1350-3E | par18w | | | | | 01/01/2017 | 12/31/2017 | | rent | | | | |
| 1350-4A | par28w | | | | | 05/01/2018 | 04/30/2020 | | rent | | | | |
| | | | | | | | | | hpd | | | | |
| 1350-4B | par2hw | | | | | 06/01/2017 | 05/31/2019 | | hpd | | | | |
| | | | | | | | | | rent | | | | |
| 1350-4C | par3hw | | | | | 07/01/2016 | 06/30/2018 | | hpd | | | | |
| | | | | | | | | | rent | | | | |
| 1350-4D | par38w | | | | | 07/01/2018 | 06/30/2020 | | rent | | | | |
| 1350-4E | par18w | | | | | | | | | | | | |
| 180-1A | par0hw | | | | | | | | | | | | |
| 180-1B | par2hw | | | | | | | | | | | | |
| 180-1C | par28w | | | | | 09/01/2018 | 08/31/2019 | | rent | | | | |
| 180-1D | par08w | | | | | 08/01/2017 | 07/31/2019 | | rent | | | | |
| 180-2A | par18w | | | | | | | | | | | | |
| 180-2B | par28w | | | | | 07/01/2015 | 06/30/2017 | | rent | | | | |
| 180-2C | par2hw | | | | | 03/01/2008 | 02/28/2010 | | rent | | | | |
| 180-2D | par2hw | | | | | | | | | | | | |
| 180-3A | par1hw | | | | | 04/01/2017 | 03/31/2019 | | rent | | | | |
| 180-3B | par2hw | | | | | 08/01/2017 | 07/31/2019 | | rent | | | | |
| 180-3C | par2hw | | | | | 01/01/2018 | 12/31/2019 | | hpd | | | | |
| | | | | | | | | | rent | | | | |
| 180-3D | par2hw | | | | | 04/01/2014 | 03/31/2016 | | rent | | | | |
| | | | | | | | | | hpd | | | | |

Rent Roll with Lease Charges

# Rent Roll with Lease Charges

Park Monroe, HDFC
As Of December 01,2018
Property: par
Brooklyn, NY 11233

| Unit | Type | Unit Sq Ft | Name | Lease Type | Move In Date | Lease From | Lease To | Market Rent | Charge Code | Amount | Total Monthly Charges | Resident Deposit | Legal Status |
|------|------|-----------|------|-----------|-------------|-----------|---------|------------|------------|--------|----------------------|-----------------|--------------|
| 180-4A | par18w | | | | | 04/01/2018 | 03/31/2019 | | rent | | | | |
| 180-4B | par28w | | | | | | | | | | | | |
| 180-4C | par2hw | | | | | 04/01/2011 | 12/31/2017 | | hpd | | | | |
| | | | | | | | | | rent | | | | |
| 180-4D | par28w | | | | | 06/01/2017 | 05/31/2019 | | rent | | | | |
| 249-1A | par08w | | | | | 08/01/2017 | 07/31/2019 | | rent | | | | |
| 249-1B | par28w | | | | | | | | | | | | |
| 249-1C | par2hw | | | | | 06/01/2017 | 05/31/2019 | | rent | | | | |
| 249-1D | par28w | | | | | 10/01/2017 | 09/30/2018 | | nycha | | | | |
| | | | | | | | | | rent | | | | |
| 249-2A | par1hw | | | | | 12/31/2013 | 01/01/2015 | | rent | | | | |
| 249-2B | par1hw | | | | | | | | | | | | |
| 249-2C | par08w | | | | | | | | | | | | |
| 249-2D | par0hw | | | | | 02/01/2017 | 01/31/2019 | | rent | | | | |
| 249-2E | par2hw | | | | | 08/01/2018 | 07/31/2019 | | rent | | | | |
| 249-3A | par0hw | | | | | 06/01/2018 | 05/31/2019 | | rent | | | | |
| | | | | | | | | | hpd | | | | |
| 249-3B | par1hw | | | | | | | | | | | | |
| 249-3C | par18w | | | | | 04/01/2017 | 03/31/2019 | | rent | | | | |
| 249-3D | par1hw | | | | | 03/01/2017 | 02/28/2019 | | rent | | | | |
| 249-3E | par28w | | | | | 02/01/2017 | 01/31/2019 | | rent | | | | |
| 249-4A | par18w | | | | | 08/01/2017 | 07/31/2019 | | rent | | | | |
| 249-4B | par18w | | | | | | | | | | | | |
| 249-4C | par08w | | | | | 01/01/2017 | 12/31/2018 | | rent | | | | |
| 249-4D | par0hw | | | | | 12/01/2018 | 11/30/2019 | | rent | | | | |
| | | | | | | | | | security | | | | |
| 249-4E | par2hw | | | | | 06/01/2018 | 05/31/2019 | | rent | | | | |
| 257-1A | par18w | | | | | 04/01/2018 | 03/31/2020 | | rent | | | | |
| 257-1B | par2hw | | | | | 10/01/2017 | 09/30/2019 | | rent | | | | |
| 257-2A | par2hw | | | | | 12/01/2017 | 11/30/2019 | | rent | | | | |
| 257-2B | par2hw | | | | | 02/01/2015 | 01/31/2018 | | rent | | | | |
| 257-3A | par28w | | | | | 05/01/2017 | 04/30/2018 | | rent | | | | |
| 257-3B | par28w | | | | | 05/01/2017 | 04/30/2018 | | rent | | | | |
| 257-4A | par28w | | | | | 07/01/2017 | 06/30/2019 | | rent | | | | |
| 257-4B | par28w | | | | | 08/01/2017 | 07/31/2019 | | rent | | | | |
| 477-1A | super | | | | | | | | | | | | |
| 477-2A | par38w | | | | | | | | | | | | |
| 477-2B | par1hw | | | | | | | | | | | | |

# Rent Roll with Lease Charges

Park Monroe, HDFC
As Of December 01,2018
Property: par
Brooklyn, NY 11233

| Unit | Type | Unit Sq Ft | Name | Lease Type | Move In Date | Lease From | Lease To | Market Rent | Charge Code | Amount | Total Monthly Charges | Resident Deposit | Legal Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 477-2C | par1hw | | | | | 06/01/2018 | 05/31/2019 | | linc | | | | |
| 477-3A | par3hw | | | | | 12/01/2012 | 12/31/2019 | | rent | | | | |
| | | | | | | | | | rent | | | | |
| | | | | | | | | | nycha | | | | |
| 477-3B | par1hw | | | | | 09/01/2018 | 08/31/2019 | | rent | | | | |
| 477-3C | par18w | | | | | 04/01/2018 | 03/31/2019 | | rent | | | | |
| 477-4A | par3hw | | | | | | | | | | | | |
| 477-4B | par1hw | | | | | | | | | | | | |
| 477-4C | par18w | | | | | | | | | | | | |

**Total Amount**  47,242.76

## Rent Roll with Lease Charges

Park Monroe, HDFC
As Of December 01,2018
Property: par
Brooklyn, NY 11233

### Summary of Charges by Charge Code (Current/Notice residents only)

| | | |
|---|---|---:|
| | hpd | 5,758.12 |
| | linc | 324.67 |
| | nycha | 2,326.40 |
| | rent | 38,811.73 |
| | security | 21.84 |
| | Total | 47,242.76 |

#### Summary of Lease Types

| | |
|---|---:|
| No Lease Type | 1 |
| N/A | 47 |
| Owner | 1 |
| Stabilized | 5 |
| VACANT | 18 |
| | 72 |