UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                          Chapter 11

PARK MONROE HOUSING DEVELOPMENT          Case No. 1-19-40820 (AST)
FUND CORPORATION, et al.,                               (Jointly Administered)

        Debtors.

-----------------------------------------------------------x

## FINAL DECREE

Upon the application of Park Monroe Housing Development Fund Corporation, debtor (the "**Debtor**"), by its attorneys, Archer & Greiner, P.C., for entry of a final decree closing its chapter 11 case; and the Debtor's chapter 11 plan having been confirmed, having become effective and having been consummated; and the estate of the Debtor having been fully administered; and notice of the hearing on the application and service of a copy thereof was duly and timely made upon the Office of the United States Trustee and no objection having been made; and sufficient cause appearing; it is

ORDERED that this Chapter 11 case shall, and hereby is, declared fully administered and be, and hereby is, closed.



**Dated: June 30, 2021**                        _____
    **Central Islip, New York**                    **Alan S. Trust**
                                                    **Chief United States Bankruptcy Judge**