UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| PARK MONROE HOUSING DEVELOPMENT FUND CORPORATION AND | Case No. 1-19-40820 (AST) |
| 984-988 GREENE AVENUE HOUSING DEVELOPMENT FUND CORPORATION, | Case No. 1-19-40823-(AST) (Jointly Administered) |
| Debtors. | |

-----------------------------------------------------------x

## ORDER VACATING JOINT ADMINISTRATION

The above-captioned cases were consolidated for procedural purposes only and jointly administered pursuant to the Order Authorizing Joint Administration Pursuant to Bankruptcy Rule 1015(b) (the "Joint Administration Order") [Case No. 1-19-40820: Dkt. No. 29]. This Court has now entered a Final Decree in the Park Monroe Housing Development case. [Case No. 1-19-40820: Dkt. No. 362]

Upon the application (the "**Application**") of 984-988 Greene Avenue Housing Development Fund Corporation, debtor and debtor-in-possession (the "**Debtor**"), by its attorneys, Archer & Greiner, P.C., for an order, pursuant to section 105 of the United States Bankruptcy Code (the "**Bankruptcy Code**"), Federal Rule of Bankruptcy Procedure (the "**Bankruptcy Rules**") 1005, and Rule 9004-2 of the Local Bankruptcy Rules for the Eastern District of New York, changing the caption of the Debtor's case; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to sections 28 U.S.C. §§ 157(a) and 1334(b); and consideration of the Application and the relief requested therein being a core matter pursuant to 28 U.S.C. §§ 157(b)(2)(A), (D) and (O); and venue being proper before this Court pursuant to 28 U.S.C. § 1408; and due and proper notice of the Application having been provided; and it

appearing that no other or further notice is necessary except as expressly provided herein; and there being no objections to the relief granted herein; and upon the record of the hearing held by the Court (the "**Hearing**"); and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted in part as set forth herein; and

2. Joint administration is no longer necessary or appropriate, and these cases shall no longer be consolidated for any purposes or jointly administered; and

3. The Joint Administration Order is hereby vacated effective as of the date of this Order; and

4. Hereafter, all original pleadings shall be captioned and filed in the case of 984-988 Greene Avenue Housing Development Fund Corporation Case No. 1-19-40823-(AST); and

5. This Order shall be entered in the dockets of each of the Park Monroe and Greene Ave cases and be effective and enforceable immediately upon its entry; and

6. A docket entry shall be made in each of the Debtors' cases substantially similar to the following:

    "An Order has been entered in this case Vacating the Order Granting Joint Administration and deconsolidating Case Nos. 1-19-40820 and 1-19-40823 for procedural purposes and providing that such cases shall be no longer jointly administered. The dockets of each such cases should be consulted for all matters affecting the case after the date of this docket entry."

7. The Court shall retain jurisdiction and authority to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

**Dated: July 12, 2021**
**Central Islip, New York**

_____
**Alan S. Trust**
**Chief United States Bankruptcy Judge**